# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC.,<br><br>Defendants. | Civil Action No. 1:20-cv-05840 |
| MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>Counterclaim-Defendants. | |

## JOINT MOTION TO EXTEND CLOSE OF FACT DISCOVERY DEADLINE AND TO PROPOSE EXPERT DISCOVERY AND SUMMARY JUDGMENT BRIEFING SCHEDULE

Plaintiffs Edible IP, LLC and Edible Arrangements, LLC ("Plaintiffs") and Defendants MC Brands, LLC and Green Thumb Industries Inc. ("Defendants") (collectively, the "Parties"), by and through their attorneys, pursuant to Federal Rule of Civil Procedure 16(b)(4) and with good cause, hereby move to continue the close of fact discovery deadline, and, pursuant to the Court's minute entry of July 19, 2021 (Doc. 27) provide this joint status report indicating the status of fact discovery, the status of settlement discussions, and the need for expert discovery and a summary judgment briefing schedule. In support, the parties state as follows:

1. On January 12, 2021, the Parties filed their Joint Initial Status Report (Doc. 21) setting forth a proposed case schedule through the filing of dispositive motions.

2. By Minute entry on January 15, 2021 (Doc. 22), the Court reset the status date to July 20, 2021 and set a discovery schedule having a close of fact discovery on September 17, 2021;

3. By Minute entry on July 19, 2021, the Court struck the status date set for July 20, 2021, reset it to September 22, 2021, and instructed the Parties to file a joint status report by September 17, 2021 indicating the status of fact discovery, the status of settlement discussions, whether the parties need expert discovery before dispositive motion practice, a proposed expert discovery schedule, and a proposed summary judgment briefing schedule, if applicable.

4. The Parties have diligently sought written discovery from each other and have made and are making document productions. However, they are unable to complete party discovery and third party discovery including depositions following those productions before the end of fact discovery on September 17, 2021.

5. This is the Parties' first request for an extension of the close of fact discovery deadline. This motion is not made in bad faith. Rather, an extension is necessary to complete party and third party discovery before the deadline. The Parties do not anticipate that any further extension of the close of fact discovery deadline will be necessary.

6. Accordingly, the Parties request that the close of fact discovery deadline be extended by three months and the remaining case deadlines through any summary judgment filings be set from that date.

7. Pursuant to the Court's Minute entry of July 19, 2021, the Parties have had settlement discussions, have exchanged settlement proposals, and do not request a settlement conference at this time. The Parties believe that the exchange of more discovery and the taking of depositions are needed before they consider alternative dispute resolution procedures and the timing for such.

8. The parties anticipate needing expert discovery before dispositive motion practice, and pursuant to the Court's July 19, 2021 minute entry, propose an expert discovery schedule, and a proposed summary judgment briefing schedule, below.

9. There currently are no dates set for a final pre-trial conference or trial date.

WHEREFORE, the Plaintiffs and Defendants jointly request that the close of fact discovery be extended by three months and the remaining case deadlines be set as follows:

| Deadline | Original Deadline[1] | Amended Deadline |
| --- | --- | --- |
| Fact Discovery Closes | September 17, 2021 | December 17, 2021 |
| Exchange Expert Reports | October 20, 2021* | January 20, 2021 |
| Rebuttal Expert Reports | November 19, 2021* | February 22, 2022 |
| Expert Discovery Closes | January 14, 2022* | April 14, 2022 |
| Dispositive Motions | February 14, 2022* | May 17, 2022 |

---

[1] The "original" dates having an asterisk were proposed in the Parties Joint Initial Status Report (Doc. 21) but not adopted in the Court's Minute entry of January 15, 2021 (Doc. 22)

Dated: September 7, 2021

Respectfully submitted,

TROUTMAN PEPPER HAMILTON
SANDERS, LLP

GREENBURG TRAURIG LLP

/s/ *Robert E. Browne, Jr.*
Robert E. Browne, Jr.,
227 W. Monroe Street, Suite 3900
Chicago, Illinois 60606
Tel: 312.759.1920
robert.browne@troutman.com

/s/ *Eric J. Maiers*
Cameron Nelson
Eric J. Maiers
Michael R. Friedman
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-6590
nelsonc@gtlaw.com
maierse@gtlaw.com
friedmanm@gtlaw.com

John M. Bowler
Lindsay M. Henner (pro hac vice filed)
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308
Tel: 404.885.3000
john.bowler@troutman.com
lindsay.henner@troutman.com

*Attorneys for MC Brands, LLC and Green Thumb Industries Inc.*

*Attorneys for Edible IP, LLC and Edible Arrangements, LLC*

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 7, 2021 I filed the foregoing "Joint Motion to Extend Close of Fact Discovery Deadline and to Propose Expert Discovery and Summary Judgment Briefing Schedule" which will automatically give notice to the parties' counsel of record.

                 /s/ *Robert E. Browne, Jr.*
                 Robert E. Browne, Jr.,