# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC.,<br><br>Defendants. | Civil Action No. 1:20-cv-05840 |
| MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>Counterclaim-Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 14, 2021 at 9:45 a.m. or as soon thereafter as counsel may be heard, Troutman Pepper Hamilton Sanders LLP will appear on behalf of Plaintiffs Edible IP, LLC and Edible Arrangements, LLC before the Honorable Sara L. Ellis in the United States District Court of the Northern District of Illinois, Eastern Division and then and there present the Parties' Joint Motion to Extend Close of Fact Discovery Deadline and to Propose Expert Discovery and Summary Judgment Briefing Schedule.

Dated:  September 7, 2021

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

/s/ *Robert E. Browne, Jr.*
Robert E. Browne, Jr.
227 W. Monroe Street, Suite 3900
Chicago, Illinois 60606
Tel: 312.759.1920
robert.browne@troutman.com

John M. Bowler
Lindsay M. Henner (pro hac vice filed)
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308
Tel: 404.885.3000
john.bowler@troutman.com
lindsay.henner@troutman.com

*Attorneys for Edible IP, LLC and Edible Arrangements, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021 I filed the foregoing "Notice of Motion" which will automatically give notice to the parties' counsel of record.

                                                  /s/ *Robert E. Browne, Jr.*
                                                  Robert E. Browne, Jr.