UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Edible IP, LLC, et al.
                     Plaintiff,

v.                                                          Case No.: 1:20−cv−05840
                                                             Honorable Sara L. Ellis

MC Brands, LLC, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 13, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion to extend fact discovery [28]. Fact discovery closes on 12/17/2021. The Court sets the following expert discovery schedule: expert reports are due by 1/20/2022; rebuttal expert reports are due by 2/22/2022; expert discovery closes 4/14/2022. The Court sets the following dispositive motion schedule: dispositive motions are due by 5/17/2022; responses are due by 6/17/2022; and replies are due by 7/1/2022. The Court strikes the status date set for 9/22/2021 and resets it to 10/18/2022 at 9:30 a.m. for ruling on dispositive motions. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.