IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC., <br><br> Defendants. | Civil Action No. 1:20-cv-05840 |
| MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC, <br><br> Counterclaim-Defendants. | |

**JOINT MOTION TO EXTEND REMAINING CASE DEADLINES**

Plaintiffs Edible IP, LLC and Edible Arrangements, LLC ("Plaintiffs") and Defendants MC Brands, LLC and Green Thumb Industries Inc. ("Defendants") (collectively, the "Parties"), by and through their attorneys, pursuant to Federal Rule of Civil Procedure 16(b)(4) and with good cause, hereby move to continue the remaining case deadlines set in the Court's December 6, 2021, Minute entry granting the Parties' previous motion to extend (Doc. 36) by an additional two months. In support, the parties state as follows:

1. On December 6, 2021, the Court granted by Minute entry (Doc. 38) the Parties' requested extension of fact discovery to February 17, 2022 and set the following case deadlines:

   a. Expert Reports due 3/21/2022
   b. Rebuttal Expert Reports due 4/22/2022
   c. Close of Expert Discovery on 6/14/2022
   d. Dispositive Motions due 7/18/2022
   e. Dispositive Motion Responses due 8/17/2022
   f. Dispositive Motion Replies due 9/1/2022

2. Since the Court's issuance of the foregoing schedule, the Parties have diligently and cooperatively engaged in the following discovery:

   a. Further exchange of additional document productions;
   b. Conferral on discovery disputes related to written discovery, the resolution of which is ongoing;
   c. Conferral on third-party subpoenas issued by Defendants; and
   d. Depositions of three of Defendants' witnesses.

3. Despite this progress toward completion of fact discovery, the Parties agree that they are unable to complete party discovery and third-party discovery including depositions before the end of fact discovery on February 17, 2022.

4. The Parties request additional time for the following reasons:

   a. There remains ongoing review and supplementation of document productions that the Parties wish to complete prior to taking the noticed depositions.

    b. The Parties are actively pursuing resolution of several discovery disputes, without Court intervention, that require further investigation.

    c. Third party subpoenas remain to be responded to, conferred upon, and scheduled with counsel for the third parties to the extent deposition testimony is required. Coordinating mutually agreeable deposition dates for both Parties' counsel, third party witnesses, and any counsel for third party witnesses, will be particularly challenging in the time remaining.

    d. The Parties wish to preserve their ability to seek follow-up discovery that may become necessary as a result of depositions or conferrals on written discovery.

5. This motion is, for the foregoing reasons, made for good cause, not made in bad faith, and is made prior to the expiration of any deadline for which an extension is requested.

6. Accordingly, the Parties request that the close of fact discovery deadline be extended by two months and that the remaining case deadlines through any summary judgment filings be commensurately extended so that the Parties may make full use of comprehensive fact discovery therein.

7. There currently are no dates set for a final pre-trial conference or trial date that will be impacted by this request.

WHEREFORE, the Plaintiffs and Defendants jointly request that the close of fact discovery be extended by two months and the remaining case deadlines be reset as follows:

| Deadline | Current Deadline | Amended Deadline |
|---|---|---|
| Fact Discovery Closes | February 17, 2022 | April 18, 2022 |
| Exchange Expert Reports | March 21, 2022 | May 23, 2022 |
| Rebuttal Expert Reports | April 22, 2022 | June 22, 2022 |
| Expert Discovery Closes | June 14, 2022 | August 15, 2022 |
| Dispositive Motions | July 18, 2022 | September 19, 2022 |

Dated: February 4, 2022

| TROUTMAN PEPPER HAMILTON SANDERS, LLP | GREENBURG TRAURIG LLP |
|---|---|
| /s/ John M. Bowler <br> Robert E. Browne, Jr., <br> 227 W. Monroe Street, Suite 3900 <br> Chicago, Illinois 60606 <br> Tel: 312.759.1920 <br> robert.browne@troutman.com <br><br> John M. Bowler <br> Lindsay M. Henner (pro hac vice) <br> 600 Peachtree Street NE, Suite 3000 <br> Atlanta, Georgia 30308 <br> Tel: 404.885.3000 <br> john.bowler@troutman.com <br> lindsay.henner@troutman.com <br><br> *Attorneys for Edible IP, LLC and Edible Arrangements, LLC* | /s/ Cameron Nelson <br> Cameron Nelson <br> Eric J. Maiers <br> Maja Sherman <br> Katie Cronin <br> 77 West Wacker Drive, Suite 3100 <br> Chicago, Illinois 60601 <br> (312) 456-6590 <br> nelsonc@gtlaw.com <br> maierse@gtlaw.com <br> shermanm@gtlaw.com <br> cronink@gtlaw.com <br><br> *Attorneys for MC Brands, LLC and Green Thumb Industries Inc.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2022 I filed the foregoing JOINT MOTION TO EXTEND REMAINING CASE DEADLINES which will automatically give notice to the parties' counsel of record.

                                                                                  /s/ *Cameron Nelson*