# Exhibit 2

| | |
|---|---|
| **From:** | Sherman, Maja (Assoc-CHI-IP-Tech) |
| **To:** | "Henner, Lindsay Mitchell"; "Bowler, John M."; "Browne, Robert E." |
| **Cc:** | Maiers, Eric J. (Shld-Chi-IP-Tech); Nelson, Cameron (Shld-Chi-IP-Tech); Cronin, Katie (Assoc-CHI-IP-Tech); Tomlinson, Mikhael F. (Assoc-ATL-Ent) |
| **Subject:** | Edible Arrangements / GTI - 3/10 Meet and Confer |
| **Date:** | Friday, March 11, 2022 2:40:00 PM |
| **Attachments:** | image001.png |

Counsel,

Yesterday's meet and confer is summarized below.

RFP Nos. 1-2

- You confirmed that your production in response to these RFPs is substantially complete.

RFP No. 14

- You confirmed that you will produce responsive documents for the last five years to the extent they exist.
- You further confirmed that you will look for responsive documents going back ten years, and said that you will aim to confirm whether or not responsive documents exist by the end of next week.

RFP No. 43

- The parties have reached an impasse with respect to production of a complete electronic copy of the franchise agreement. GTI will seek appropriate relief from the Court.

RFP Nos. 48-49

- You stated that you will discuss supplementing revenue information with your client and get back to us.
- You stated that you will not rely on profits information and agreed to confirm the same in writing. <u>We request that you confirm this in your response to this email.</u>

RFP Nos. 9-10

- You proposed that we serve interrogatories addressing the subject matter of these RFPs. You further stated that you will ask your client if there is a document on ad approval and, if so, supplement your production with the same.

RFP Nos. 15, 19

- You confirmed that you are looking for additional marketing fund documents and will endeavor to provide a response on this by early next week.

RFP No. 21

- The parties have discussed the nature and scope of this RFP for months and have reached an impasse. GTI will seek appropriate relief from the Court.

RFP Nos. 27, 34-36

- We reiterated the requests in our letter seeking as-served written discovery requests and responses, expert reports, deposition transcripts, and settlement agreements from related litigations addressing the same marks at issue in this case. You indicated that you would not produce those documents.
- Regarding the related third-party subpoenas, we offered to discuss specific cases for inclusion in or exclusion from the search and collection, provided you agreed to produce as-served written discovery requests and responses, expert reports, deposition transcripts, and settlement agreements from those cases, but you would not agree.
- The parties have reached an impasse. GTI will seek appropriate relief from the Court.

As to cease and desist letters, you confirmed that they are being processed for production and will be produced as soon as possible.

As to your search term production, you confirmed the results were in the process of being uploaded to your vendor for processing, that you expected the upload to be complete in one or two days, that the vendor typically processes document production in around three days, and that you would produce the search term results as soon as possible thereafter.

Finally, we asked that you provide deposition availability for Edible Arrangements' corporate witness, Mr. Farid, Mr. Sluben, Mr. Bundonis, Mr. Reynolds, and Kid Incredible LLC by the end of next week.

Regards,
Maja

**Maja Sherman**
Associate

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1034  |  C 305 440 6319
shermanm@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

