# Exhibit 6

| | |
|---|---|
| **From:** | Henner, Lindsay Mitchell |
| **To:** | Maiers, Eric J. (Shld-Chi-IP-Tech) |
| **Cc:** | Bowler, John M.; Friedman, Michael R. (Assoc-CHI-IP-Tech); Cronin, Katie (Assoc-CHI-IP-Tech); Browne, Robert E.; Nelson, Cameron (Shld-Chi-IP-Tech) |
| **Subject:** | Re: Edible / MC Brands |
| **Date:** | Thursday, August 19, 2021 6:38:53 PM |
| **Attachments:** | image001.png |

Yes- perhaps bookmarks were inadvertently removed in processing, happy to discuss format.

**Lindsay Mitchell Henner**
Associate
**troutman pepper**
Direct: 404.885.3805 | Mobile: 770.856.4876 | Internal: 11-3805
lindsay.henner@troutman.com

On Aug 19, 2021, at 7:29 PM, maierse@gtlaw.com wrote:

**EXTERNAL SENDER**

Lindsay,

Yes, we were able to access the production. I realize we did not discuss specific formats for document productions, but I note it is a single PDF file with no demarcation between documents, which is a little surprising. Do you anticipate making additional productions?

**Eric J. Maiers**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1036 | M +1 773.680.3209 | F +1 312.899.0383
maierse@gtlaw.com | www.gtlaw.com | View GT Biography

<image001.png>

**From:** Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>
**Sent:** Thursday, August 19, 2021 5:41 PM
**To:** Bowler, John M. <john.bowler@troutman.com>; Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>

**Cc:** Friedman, Michael R. (Assoc-CHI-IP-Tech) <friedmanm@gtlaw.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Browne, Robert E. <Robert.Browne@troutman.com>; Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>
**Subject:** RE: Edible / MC Brands

Counsel,

We're having some issues with our file transfer site, but the first volume of Edible's production is available for download on DropBox at the following link. https://www.dropbox.com/sh/7s9mcelz5uk1kjr/AACK1B62RVBLr_uCfBbUXeFHa?dl=0

If you have difficulties with access or downloading, please let me know.

**Lindsay Mitchell Henner**
**Associate**
**troutman pepper**
Direct: 404.885.3805 | Mobile: 770.856.4876 | Internal: 11-3805
lindsay.henner@troutman.com

---

**From:** Bowler, John M. <john.bowler@troutman.com>
**Sent:** Tuesday, August 17, 2021 10:44 AM
**To:** maierse@gtlaw.com
**Cc:** friedmanm@gtlaw.com; cronink@gtlaw.com; Browne, Robert E. <Robert.Browne@troutman.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; NelsonC@gtlaw.com
**Subject:** RE: Edible / MC Brands

Eric,

The proposed extension is fine. We'll prepare a stipulation and send it to you. We'll also review the protective order today and close that out with you. We're not holding you to a mutual document exchange and will produce our documents when we're done bates stamping which should be within the next couple of days. We also won't withhold a production until a protective order is entered by the Court and will agree to treat confidentiality designations per the proposed order as if it were entered.

John

**John M. Bowler**
**Partner**
**troutman pepper**
Direct: 404.885.3190 | Internal: 11-3190
john.bowler@troutman.com

**From:** maierse@gtlaw.com <maierse@gtlaw.com>
**Sent:** Monday, August 16, 2021 1:51 PM
**To:** Bowler, John M. <john.bowler@troutman.com>
**Cc:** friedmanm@gtlaw.com; cronink@gtlaw.com; Browne, Robert E. <Robert.Browne@troutman.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; NelsonC@gtlaw.com
**Subject:** RE: Edible / MC Brands

**EXTERNAL SENDER**

John,

Cameron circulated his comments on the draft protective order during our July 16 call. Also, a couple of days is hardly enough notice to conduct a mutual exchange. Regardless, the time remaining in fact discovery is insufficient to review document productions and make determinations as to what depositions and other additional discovery, including third-party discovery, is warranted and then issue such discovery in a timely manner. We look forward to receiving your response on the extension.

**Eric J. Maiers**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1036  |  M +1 773.680.3209  |  F +1 312.899.0383
maierse@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

<image001.png>

**From:** Bowler, John M. <john.bowler@troutman.com>
**Sent:** Monday, August 16, 2021 11:52 AM
**To:** Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>
**Cc:** Friedman, Michael R. (Assoc-CHI-IP-Tech) <friedmanm@gtlaw.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Browne, Robert E. <Robert.Browne@troutman.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>
**Subject:** RE: Edible / MC Brands

Eric,

We are making a production of documents within the next couple of days. Also, I think Cameron was going to recirculate the protective order with your

proposed revisions, no?  We'll discuss the proposed 2-month extension with our client and get back you to soon.

John

**John M. Bowler**
**Partner**
**troutman pepper**
Direct: 404.885.3190 | Internal: 11-3190
john.bowler@troutman.com

---

**From:** maierse@gtlaw.com <maierse@gtlaw.com>
**Sent:** Monday, August 16, 2021 12:48 PM
**To:** Bowler, John M. <john.bowler@troutman.com>
**Cc:** friedmanm@gtlaw.com; cronink@gtlaw.com; Browne, Robert E. <Robert.Browne@troutman.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; NelsonC@gtlaw.com
**Subject:** RE: Edible / MC Brands

**EXTERNAL SENDER**

John,

When we last spoke, you were going to be getting back to us with a proposed date for exchanging initial document productions. We are following up on that.

Also, with the close of fact discovery just over a month away and no documents exchanged to date, it is clear we need to extend the close of fact discovery. We suggest extending all dates by two months. Assuming you agree, can you please draft up a stipulation?

Thanks,

**Eric J. Maiers**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1036  |  M +1 773.680.3209  |  F +1 312.899.0383
maierse@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

<image001.png>

---

**From:** Bowler, John M. <john.bowler@troutman.com>

**Sent:** Thursday, July 15, 2021 1:09 PM
**To:** Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>
**Cc:** Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>; Friedman, Michael R. (Assoc-CHI-IP-Tech) <friedmanm@gtlaw.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Browne, Robert E. <Robert.Browne@troutman.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>
**Subject:** Edible / MC Brands

**\*EXTERNAL TO GT\***

Eric,

The parties have a court status hearing next Tuesday, July 20. Our client is collecting documents for production. As I recall, the draft protective order was being reviewed by your clients. Do you have availability to discuss the case before Tuesday's status conference? The agenda would include finalizing the protective order, case status and next steps, and Tuesday's court hearing.

I have availability Monday, and if that doesn't work for you, I could do a call tomorrow (Fri) afternoon (or late morning at 11AM Eastern).

Thank you.

**John M. Bowler**
**Partner**
**troutman pepper**
Direct: 404.885.3190 | Internal: 11-3190
john.bowler@troutman.com

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.