# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC., <br><br> Defendants. | No: 1:20-cv-05840 <br><br> Honorable Sara L. Ellis <br><br> Jury Trial Demanded |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the 23rd day of March, 2022 at 9:45 p.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Sara L. Ellis or any judge sitting in her stead, in the courtroom normally occupied by her in Room 1403, of the Northern District of Illinois, Eastern Division, and present *Joint Submission Regarding Plaintiffs' Motion to Quash and/or for a Protective Order Prohibiting Defendants' Third Party Subpoenas to Edible's Outside Counsel and for a Stay of Return Requirements*, a copy of which is attached hereto and served upon you.

Dated: March 17, 2022

Respectfully submitted,
Troutman Pepper Hamilton Sanders LLP

/s/ *Robert E. Browne, Jr.*
Robert E. Browne, Jr.,
227 W. Monroe Street, Suite 3900
Chicago, Illinois 60606
Tel: 312.759.1920
robert.browne@troutman.com

John M. Bowler
Lindsey M. Henner (pro hac vice)
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Tel: 404.885.3000
john.bowler@troutman.com
lindsay.henner@troutman.com

Counsel for Edible IP, LLC and Edible Arrangements LLC

124810942v1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the above and foregoing was served on March 17, 2022 via the Court's CM/ECF system on all counsel of record.

/s/ Robert E. Browne, Jr.
Robert E. Browne
