IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC.,<br><br>  Defendants. | Civil Action No. 4:20-cv-05840 |
| MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC,<br><br>  Counterclaim-Plaintiffs,<br><br>v.<br><br>EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>  Counterclaim-Defendants. | |

**JOINT STATUS REPORT REGARDING DISCOVERY**

Plaintiffs Edible IP, LLC and Edible Arrangements LLC ("Plaintiffs") and Defendants MC Brands, LLC and Green Thumb Industries Inc. ("Defendants"), by and through their attorneys, respectfully submit this Joint Status Report Regarding Discovery, as requested by the Court during the March 23, 2022 hearing on the parties' Joint Submission Regarding Plaintiffs' Motion to Quash and/or for a Protective Order (Dkt. Nos. 43-45).

### I. Discovery Sought by Defendants

**1. Outstanding Discovery Requests**

Several of Defendants' discovery requests remain outstanding. The parties have met and conferred regarding these requests, including most recently on March 10th. Specifically, Plaintiffs searches for the below-listed document categories remain ongoing.

- Marketing fund and/or similar documents (GTI RFP Nos. 15, 19);
- Documents identifying top-level revenue information (GTI RFP Nos. 48-49); and
- Document(s) detailing the ad approval process (GTI RFP Nos. 9-10)

Plaintiffs have not provided a date certain by which production of the above-listed categories will be complete because their search is ongoing and involves several business departments as well as departed employees.

Furthermore, Plaintiffs are finalizing their search term email collection. More specifically, on March 22nd, Plaintiffs stated that they are still reviewing 40 GB of data in connection with the anticipated search term email production. Plaintiffs have not provided a date certain by which they will make this production due to technical issues with transfer and processing and the volume of the collection.

Both parties served additional written discovery for which responses and objections are due Monday, April 18th.

2. **Motions to Compel**

Defendants received Plaintiffs' responsive sections to the following Motions to Compel on March 28, 2022:

- Defendants' Motion to Compel Related Litigation Documents
- Defendants' Motion to Compel Franchise Agreement
- Defendants' Motion to Compel Customer Complaints

Defendants are assessing whether additional motions to compel will be necessary, as there remain outstanding discovery issues which Defendants have raised with Plaintiffs.

3. **Interrogatory Answer Supplementation**

Defendants are in the process of preparing supplemental answers to Plaintiffs' First Set of Interrogatories to provide document identifications pursuant to Federal Rule of Civil Procedure 33(d). Plaintiffs requested that the parties agree on a date for a mutual exchange, and the parties have not conferred on that request. Defendants stated independently that they intend to serve supplemental answers by Friday, April 1st, and have requested that Plaintiffs do the same in order to facilitate a mutual exchange. Plaintiffs have not agreed to this date, including because it was stated without discussion, and there are additional searches, document productions, and disputes in-progress that impact the substance of those identifications in Plaintiffs' interrogatory responses.

4. **Outstanding Depositions of Plaintiffs' Witnesses**

Defendants served the below Notices of Deposition pursuant to Federal Rule of Civil Procedure 30(b)(1), (b)(6) and await Plaintiffs' response regarding witness designations and deponent availability.

- Rule 30(b)(6) Notice of Deposition of Plaintiffs
- Rule 30(b)(1) Notice of Deposition of Tariq Farid
- Rule 30(b)(1) Notice of Deposition of Paul Bundonis
- Rule 30(b)(1) Notice of Deposition of Ron Reynolds

Plaintiffs have offered a date for the deposition of Tariq Farid but have not provided dates for the other witnesses. Plaintiffs have just informed Defendants that Paul Bundonis is no longer an employee.

Pursuant to Federal Rule of Civil Procedure 45, Defendants served the below Notices of Subpoena for Deposition and Document Production and are awaiting deponent availability as specified below.

- Notice of Subpoena for Deposition to Kid Incredible LLC (Deposition took place March 30th)
- Notice of Subpoena for Deposition to Bill Sluben (originally scheduled for March 24th, Plaintiffs' counsel is reaching out to him)
- Notice of Subpoena for Deposition to Husain Abdullah

Defendants also await production of documents in response to the following Notices of Subpoena for Document Production:

- Notice of Subpoena for Document Production to World Media Group, LLC
- Notice of Subpoena for Document Production to Kasheta Farms, LLC
- Notice of Subpoena for Document Production to Owen Jarmoc
- Notice of Subpoena for Document Production to Jarmoc Farms, LLC

It is possible that the documents subsequently produced by Plaintiffs and/or subpoenaed third parties may identify further witnesses for deposition.

## II. Discovery Sought by Plaintiffs

Plaintiffs have completed significant discovery in the case with only a few remaining items to address. Plaintiffs have served interrogatories, requests for production, and requests for admission that Defendants will respond to in April. Plaintiffs have also served a deposition notice for Ben Kovler, a notice of subpoena to Medically Correct LLC, and a notice of subpoena to Rick Scarpello. It is possible that the foregoing will lead to additional discovery needs that are unknown at this time.

### III. Proposed Extension of Fact Discovery

Based on the outstanding discovery addressed above, the parties jointly request that the close of fact discovery be extended by sixty (60) days to Friday, June 17th, and all other case deadlines be extended accordingly, as set forth below:

| Deadline | Current Deadline | Amended Deadline |
| --- | --- | --- |
| Fact Discovery Closes | April 18, 2022 | June 17, 2022 |
| Exchange Expert Reports | May 23, 2022 | July 22, 2022 |
| Rebuttal Expert Reports | June 22, 2022 | August 22, 2022 |
| Expert Discovery Closes | August 15, 2022 | October 14, 2022 |
| Dispositive Motions | September 19, 2022 | November 18, 2022 |

Dated: March 31, 2022

TROUTMAN PEPPER HAMILTON SANDERS, LLP

/s/ John M. Bowler
Robert E. Browne, Jr.,
227 W. Monroe Street, Suite 3900
Chicago, Illinois 60606
Tel: 312.759.1920
robert.browne@troutman.com

John M. Bowler
Lindsay M. Henner (pro hac vice)
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308
Tel: 404.885.3000
john.bowler@troutman.com
lindsay.henner@troutman.com

*Attorneys for Edible IP, LLC and Edible Arrangements, LLC*

GREENBERG TRAURIG LLP

/s/ Cameron Nelson
Cameron Nelson
Eric J. Maiers
Maja E. Sherman
Katie Cronin
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-6590
nelsonc@gtlaw.com
maierse@gtlaw.com
shermanm@gtlaw.com
cronink@gtlaw.com

*Attorneys for MC Brands, LLC and Green Thumb Industries Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 31, 2022 I filed the foregoing Joint Status Report Regarding Discovery which will automatically give notice to the parties' counsel of record.

                                            /s/ *Cameron Nelson*