**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Edible IP, LLC, et al.

        Plaintiff,

v.                 Case No.: 1:20−cv−05840
                    Honorable Sara L. Ellis

MC Brands, LLC, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 7, 2022:

   MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 4/7/2022. For the reasons stated on the record, motions to compel [47], [49], [51] are granted in part and denied in part. Fact discovery extended and ordered closed by 7/15/2022; expert reports due by 8/19/2022; rebuttal reports due by 9/16/2022. Expert discovery ordered closed by 11/18/2022. Motions for summary judgment are due by 12/16/2022; responses by 1/20/2023; replies by 2/3/2023. Status hearing set for 6/6/2023 at 9:30 AM for ruling on motions for summary judgment. Referral entered to Magistrate Judge Weisman for settlement conference. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.