IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC.,<br><br>    Defendants. | Civil Action No. 4:20-cv-05840 |
| MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>    Counterclaim-Defendants. | |

**JOINT STATUS REPORT REGARDING DISCOVERY AND SETTLEMENT**

Plaintiffs Edible IP, LLC and Edible Arrangements LLC ("Plaintiffs") and Defendants MC Brands, LLC and Green Thumb Industries Inc. ("Defendants"), by and through their attorneys, respectfully submit this Joint Status Report Regarding Deposition and Settlement Dates, as requested by the Court during the April 26, 2022 pre-settlement hearing (Dkt. No. 61).

### I. Deposition Schedule of Plaintiffs' Witnesses

Defendants served the below Notices of Deposition pursuant to Federal Rule of Civil Procedure 30(b)(1), (b)(6).

- Rule 30(b)(6) Notice of Deposition of Plaintiffs
- Rule 30(b)(1) Notice of Deposition of Tariq Farid
- Rule 30(b)(1) Notice of Deposition of Paul Bundonis
- Rule 30(b)(1) Notice of Deposition of Ron Reynolds

The parties have agreed to the following date for depositions above:

- Deposition of Bundonis: Thursday, May 12th
- Deposition of Farid: Wednesday, May 18th

Defendants propose the following dates for the remaining depositions:

- Rule 30(b)(6) deposition of Plaintiffs: Tuesday May 17th
- Rule 30(b)(1) deposition of Reynolds: Friday, May 20th

Plaintiffs have indicated that Mr. Reynolds is not available for deposition on May 20th and Plaintiffs are looking into other alternative availabilities of Mr. Reynolds for deposition prior to the Settlement Conference. Plaintiffs are also looking into their availability for a corporate deposition on May 17th.

Defendants do not accept a single day for both an individual and 30(b)(6) deposition.

Pursuant to Federal Rule of Civil Procedure 45, Defendants served the below Notices of Subpoena for Deposition and Document Production:

- Notice of Subpoena for Deposition to Bill Sluben (scheduled for May 9, 2022)
- Notice of Subpoena for Deposition to Husain Abdullah (awaiting confirmation of deposition date from Mr. Abdullah's counsel)

It is possible that the documents subsequently produced by Plaintiffs and/or subpoenaed third parties may identify further witnesses for deposition.

### II. Proposed Dates for Settlement Conference

During the April 26, 2022 hearing, it was requested that the parties find a mutually agreeable date for the settlement conference during the week of June 13. The parties have conferred but scheduling conflicts make that particular week difficult. Defendants have proposed the week of July 11, 2022 for the settlement conference, as an alternative. Plaintiffs are checking dates for that week, and the parties will jointly update the Court as soon as possible.

Dated: May 2, 2022

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS, LLP | GREENBERG TRAURIG LLP |
| /s/ Robert E. Browne, Jr.<br>Robert E. Browne, Jr.,<br>227 W. Monroe Street, Suite 3900<br>Chicago, Illinois 60606<br>Tel: 312.759.1920<br>robert.browne@troutman.com | /s/ Cameron Nelson<br>Cameron Nelson<br>Eric J. Maiers<br>Maja E. Sherman<br>Katie Cronin<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>(312) 456-6590<br>nelsonc@gtlaw.com<br>maierse@gtlaw.com<br>shermanm@gtlaw.com<br>cronink@gtlaw.com |
| John M. Bowler<br>Lindsay M. Henner (pro hac vice)<br>600 Peachtree Street NE, Suite 3000<br>Atlanta, Georgia 30308<br>Tel: 404.885.3000<br>john.bowler@troutman.com<br>lindsay.henner@troutman.com | *Attorneys for MC Brands, LLC and Green Thumb Industries Inc.* |
| *Attorneys for Edible IP, LLC and Edible Arrangements, LLC* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2022 the foregoing was filed which will automatically give notice to the parties' counsel of record.

/s/ Mikhael F. Tomlinson