# EXHIBIT 1

| | |
|---|---|
| **From:** | Bowler, John M. |
| **Sent:** | Thursday, July 7, 2022 1:40 PM |
| **To:** | cronink@gtlaw.com; Henner, Lindsay Mitchell; Browne, Robert E. |
| **Cc:** | maierse@gtlaw.com; NelsonC@gtlaw.com; shermanm@gtlaw.com; tomlinsonm@gtlaw.com |
| **Subject:** | RE: Edible IP et al. v. Green Thumb et al. - Reynolds Deposition |

Eric, Katie,

Edible has informed me that Ron Reynolds is still out of the office this week and due to the unfortunate circumstances believes it would not be appropriate for me to reach out to him about deposition scheduling. He possibly may be back sometime next week but it would be incredibly unlikely his deposition could be scheduled next week. Edible and I will be more than happy to speak with Mr. Reynolds upon his return and schedule his deposition at the earliest reasonable time. At this point, my thinking is that we reach jointly approach the Court to seek its permission to take Mr. Reynolds and Ben Kovler's depositions after the discovery cut-off. We'll need to do that anyway as Mr. Kovler's first availability is in August.

Please let me know your thoughts.

Thanks.

**John M. Bowler**
**Partner**
**troutman pepper**
Direct: 404.885.3190 | Internal: 11-3190
john.bowler@troutman.com

---

**From:** Bowler, John M.
**Sent:** Tuesday, July 5, 2022 6:41 PM
**To:** cronink@gtlaw.com; Henner, Lindsay Mitchell <lindsay.henner@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>
**Cc:** maierse@gtlaw.com; NelsonC@gtlaw.com; shermanm@gtlaw.com; tomlinsonm@gtlaw.com
**Subject:** RE: Edible IP et al. v. Green Thumb et al. - Reynolds Deposition

Katie,

I'll follow-up with my client about Mr. Reynolds' availability for deposition. As of last Friday before the holiday weekend, he remained out of the office. Our intention is to send our privilege log on July 8.

John

**John M. Bowler**
**Partner**
**troutman pepper**
Direct: 404.885.3190 | Internal: 11-3190
john.bowler@troutman.com

1

**From:** cronink@gtlaw.com <cronink@gtlaw.com>
**Sent:** Tuesday, July 5, 2022 6:29 PM
**To:** Bowler, John M. <john.bowler@troutman.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>
**Cc:** maierse@gtlaw.com; NelsonC@gtlaw.com; shermanm@gtlaw.com; tomlinsonm@gtlaw.com
**Subject:** RE: Edible IP et al. v. Green Thumb et al. - Reynolds Deposition

**EXTERNAL SENDER**

Hi John,

I am following up on Eric's email below. Please confirm when Mr. Reynolds is available next week. Please also confirm that you will send the privilege log by July 8.

Thank you,
Katie

**Katie Cronin**
Associate

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.476.5141 | C +1 786.590.9026
cronink@gtlaw.com | www.gtlaw.com | View GT Biography





2020 and 2022 LAW FIRM OF THE YEAR Trademark Law — BEST U.S. News Rankings

---

**From:** Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>
**Sent:** Monday, June 27, 2022 10:17 AM
**To:** Bowler, John M. <john.bowler@troutman.com>; Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>; Sherman, Maja (Assoc-CHI-IP-Tech) <shermanm@gtlaw.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>
**Subject:** RE: Edible IP et al. v. Green Thumb et al. - Reynolds Deposition

John,

I think you replied to the wrong thread, which included the attorneys from CLL. I have removed them.

Please extend our condolences to Mr. Reynolds. We should be able to make most days the week of July 11 work except the 11th itself. We assume given the timing you will not object to our supplementing our mediation statement after the initial deadline to include citation to Mr. Reynolds' deposition as necessary.

Mr. Kovler's first availability for a deposition is August 8, and his next would be August 17. We will not object to your taking his deposition out of time.

As for the privilege logs, can you commit to exchanging them the week of the 4th? Based on Somia Farid's testimony on certain topics, we will need your privilege log in advance of Tariq Farid's deposition.

Thanks,

**Eric J. Maiers**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1036  |  F +1 312.899.0383
maierse@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Bowler, John M. <john.bowler@troutman.com>
**Sent:** Monday, June 27, 2022 9:42 AM
**To:** Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>; JAB@cll.com; Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>; Sherman, Maja (Assoc-CHI-IP-Tech) <shermanm@gtlaw.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>
**Cc:** MRM@cll.com
**Subject:** RE: Edible IP et al. v. Green Thump et al. - CLL Subpoena Responses and Objections

Eric,

A few items:

I just returned from Edible's corporate office where I was to meet with Mr. Reynolds this morning in advance of his Wednesday deposition. Instead, I was informed that Mr. Reynolds is out on bereavement leave. I had learned privately from inhouse counsel last week that Mr. Reynolds' dad was in ICU and touch and go and that it was possible that his deposition would need to be postponed at the last minute. I thought of reaching out to you at that time but wanted to respect Mr. Reynolds' privacy and thought I'd first meet with Mr. Reynolds today to hear about the status of his personal family situation and then update you if needed. In light of Mr. Reynolds' family situation his deposition this week will need to be postponed. I don't have Mr. Reynolds calendar availability. But I'm thinking about possibly the week of July 11 (when you are deposing Tariq Farid) if Mr. Reynolds is available. Next week is the annual Edible Convention in Las Vegas so that week is out. I'll update you as I learn more about Mr. Reynolds' situation.

Let's also discuss a date for Ben Kovler's deposition to occur prior to the close of discovery.

Last, you wrote to Lindsay and me below about exchanging privilege logs. Lindsay was out on vacation and returned today. I haven't had a chance to speak with Lindsay yet about timing, but while she was out I had some discussions with our discovery attorneys who indicated that based on our information to log your proposed schedule is a bit aggressive on our side. Once I have the chance to confer with Lindsay today, she or I will get back to you about an alternate proposed date for an exchange of privilege logs.

Thanks.

John

**John M. Bowler**
Partner
**troutman pepper**
Direct: 404.885.3190 | Internal: 11-3190
john.bowler@troutman.com

---

**From:** maierse@gtlaw.com <maierse@gtlaw.com>
**Sent:** Friday, June 24, 2022 1:54 PM
**To:** JAB@cll.com; NelsonC@gtlaw.com; cronink@gtlaw.com; tomlinsonm@gtlaw.com; shermanm@gtlaw.com; Bowler, John M. <john.bowler@troutman.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>
**Cc:** MRM@cll.com
**Subject:** RE: Edible IP et al. v. Green Thump et al. - CLL Subpoena Responses and Objections

**EXTERNAL SENDER**

Jeremy,

First, I would encourage you to reread my 6/17 email. It was *your client* (or at least its current counsel), not us, that said CLL was not cooperating, so your allegations of antagonistic and unethical behavior are not well-taken. Are you representing that neither plaintiff nor Troutman contacted CLL to request copies of the documents sought by the most recent subpoena?

Second, what is your basis for stating we did not properly serve the subpoena?

Third, we are open to a compromise, but 45 days is way too long considering (1) the small handful of documents we are requesting and (2) the fact that, although the initial subpoena was quashed, you also knew the judge directed us to work with plaintiff to obtain the documents sought by the initial subpoena, and CLL was ultimately the party that possessed the responsive documents. What third parties, besides potentially 1-800-Flowers and Provide Commerce, would need to be notified? To the extent that third parties do, in fact, need to be notified, and that process may delay the production of *some* documents, we are open to a rolling production in which documents that do *not* implicate third party confidentiality interests are produced first, and then we can discuss what the remaining documents are and how to approach them.

I am generally available Monday and Tuesday if you would like to discuss further.

Thanks,

**Eric J. Maiers**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1036 | F +1 312.899.0383
maierse@gtlaw.com | www.gtlaw.com | View GT Biography



---

**From:** Berman, Jeremy A. <JAB@cll.com>
**Sent:** Thursday, June 23, 2022 8:13 PM
**To:** Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>; friedmanm@gtlaw.com; Nelson, Cameron (Shld-Chi-IP-

4

Tech) <NelsonC@gtlaw.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>; Sherman, Maja (Assoc-CHI-IP-Tech) <shermanm@gtlaw.com>; john.bowler@troutman.com; Lindsay.henner@troutman.com; Robert.Browne@troutman.com
**Cc:** MacGregor, Meichelle <MRM@cll.com>
**Subject:** RE: Edible IP et al. v. Green Thump et al. - CLL Subpoena Responses and Objections

Counsel,

Your false accusation that CLL refused to cooperate is offensive and borderline unethical. As you know, we did not object to cooperating with the initial subpoena, and only did not search for responsive documents because a motion to quash your subpoena was filed, which the Court granted. We are genuinely baffled as to why you would be so needlessly antagonistic in a matter where we otherwise have no reason not to cooperate.

Because you did not properly serve us with the new subpoena, we are under no obligation to respond to it. Additionally, you did not provide us with nearly enough time to find and produce responsive documents, setting a deadline a mere seven business days after the date of attempted service of the Subpoena. CLL may also need to notify third parties pursuant to confidentiality agreements before it can produce any responsive documents, making it impossible to produce documents in the time frame demanded by Defendants.

We will agree to accept electronic service of the subpoena, if you agree to provide a response deadline of 45 days from that acceptance. If you do not agree to that timeline, then we do not agree to waive service, and you will have to instruct your server to actually go to the CLL office next time.

That being said, specific objections to your Subpoena are attached.

**Jeremy Berman**
*he | him | his*
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525
t: (212) 790-9293 | f: (212) 575-0671
cll.com | bio | vCard | JAB@cll.com

---

**From:** MacGregor, Meichelle <MRM@cll.com>
**Sent:** Friday, June 17, 2022 11:12 AM
**To:** maierse@gtlaw.com; Berman, Jeremy A. <JAB@cll.com>
**Cc:** NelsonC@gtlaw.com; shermanm@gtlaw.com; cronink@gtlaw.com; tomlinsonm@gtlaw.com; john.bowler@troutman.com; Lindsay.henner@troutman.com; Robert.Browne@troutman.com
**Subject:** RE: Edible IP et al. v. Green Thump et al. - CLL Subpoena Responses and Objections

Let me clarify. We have not refused to cooperate. Any statements to that effect are false.

However, you did not properly serve us with the new subpoena, nor did you provide sufficient time. We will write to you separately regarding our objections.

**Meichelle R. MacGregor**
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525
t: (212) 790-9259 | f: (212) 575-0671

cll.com | vCard | MRM@cll.com



**From:** maierse@gtlaw.com <maierse@gtlaw.com>
**Sent:** Friday, June 17, 2022 10:15 AM
**To:** Berman, Jeremy A. <JAB@cll.com>; MacGregor, Meichelle <MRM@cll.com>
**Cc:** NelsonC@gtlaw.com; shermanm@gtlaw.com; cronink@gtlaw.com; tomlinsonm@gtlaw.com; john.bowler@troutman.com; Lindsay.henner@troutman.com; Robert.Browne@troutman.com
**Subject:** RE: Edible IP et al. v. Green Thump et al. - CLL Subpoena Responses and Objections

Meichelle and Jeremy,

Counsel for Edible Arrangements has represented that is unable to obtain certain of its documents in your firm's possession due to your firm's refusal to cooperate. We therefore re-served a narrowed subpoena—to which Edible Arrangements consented—on you yesterday. I have attached a courtesy electronic copy of the subpoena. Let us know if you have any questions.

Thanks,

**Eric J. Maiers**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1036 | F +1 312.899.0383
maierse@gtlaw.com | www.gtlaw.com | View GT Biography



**From:** NelsonC@gtlaw.com <NelsonC@gtlaw.com>
**Sent:** Friday, March 18, 2022 11:57 AM
**To:** JAB@cll.com
**Cc:** MRM@cll.com; Browne, Robert E. <Robert.Browne@troutman.com>; Bowler, John M. <john.bowler@troutman.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; maierse@gtlaw.com; cronink@gtlaw.com; shermanm@gtlaw.com; tomlinsonm@gtlaw.com
**Subject:** RE: Edible IP et al. v. Green Thump et al. - CLL Subpoena Responses and Objections

**EXTERNAL SENDER**

I was able to connect with Meichelle; I think Zoom put us in separate rooms for some reason.

We pointed out that while our subpoena is relatively broad to preserver our rights, we have previously offered to Plaintiff to limit the scope of this discovery to:

6

    (1) as-served written discovery requests/responses,
    (2) deposition transcripts,
    (3) settlement agreements, and
    (4) expert reports

We further discussed that these documents need only come from litigations involving the same marks at issue here. We confirmed that we are not seeking privileged information and that we are not seeking raw document production. I did state that we would like to preserve the right to follow up and request a specific document if, for example, it is mentioned in a transcript, and is relevant, but is not attached.

Meichelle confirmed that she was aware of the motion to quash filed last night, and that she had begun reviewing the list of files in storage. Assuming the Court permits this discovery to go forward, I thanked Meichelle for ordering up the files and we greed to to reconvene after the Court's hearing on the motion to quash (our corresponding motion to compel will be filed today).

Cam


**Cameron M. Nelson**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.6590  |  F +1 312.899.0360  |  C +1 708.227.7106
NelsonC@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Berman, Jeremy A. <JAB@cll.com>
**Sent:** Friday, March 18, 2022 10:43 AM
**To:** Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>
**Cc:** MacGregor, Meichelle <MRM@cll.com>; robert.browne@troutman.com; john.bowler@troutman.com; lindsay.henner@troutman.com; Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Sherman, Maja (Assoc-CHI-IP-Tech) <shermanm@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>
**Subject:** RE: Edible IP et al. v. Green Thump et al. - CLL Subpoena Responses and Objections

Hi Nelson, we left the call at 11:36. I can't join now but we will follow up by email.

**Jeremy Berman**
*he | him | his*
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525
t: (212) 790-9293 | f: (212) 575-0671
cll.com | bio | vCard | JAB@cll.com

**From:** NelsonC@gtlaw.com <NelsonC@gtlaw.com>
**Sent:** Friday, March 18, 2022 11:39 AM
**To:** Berman, Jeremy A. <JAB@cll.com>
**Cc:** MacGregor, Meichelle <MRM@cll.com>; robert.browne@troutman.com; john.bowler@troutman.com; lindsay.henner@troutman.com; maierse@gtlaw.com; cronink@gtlaw.com; shermanm@gtlaw.com; tomlinsonm@gtlaw.com
**Subject:** RE: Edible IP et al. v. Green Thump et al. - CLL Subpoena Responses and Objections

I am on the line as well but don't see anyone; did we mix up zoom info?

https://gtlaw.zoom.us/j/95659644289?pwd=anhscnBNbFpDaUprQkZ1T3RLRzBPQT09

**From:** Berman, Jeremy A. <JAB@cll.com>
**Sent:** Friday, March 18, 2022 10:34 AM
**To:** Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>
**Cc:** MacGregor, Meichelle <MRM@cll.com>; robert.browne@troutman.com; john.bowler@troutman.com; lindsay.henner@troutman.com; Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Sherman, Maja (Assoc-CHI-IP-Tech) <shermanm@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>
**Subject:** RE: Edible IP et al. v. Green Thump et al. - CLL Subpoena Responses and Objections

Hi Nelson, we're on the line. Is this still a good time?

**Jeremy Berman**
*he | him | his*
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525
t: (212) 790-9293 | f: (212) 575-0671
cll.com | bio | vCard | JAB@cll.com

**From:** Berman, Jeremy A.
**Sent:** Thursday, March 17, 2022 4:18 PM
**To:** NelsonC@gtlaw.com
**Cc:** MacGregor, Meichelle <MRM@cll.com>; robert.browne@troutman.com; john.bowler@troutman.com; lindsay.henner@troutman.com; maierse@gtlaw.com; cronink@gtlaw.com; shermanm@gtlaw.com; tomlinsonm@gtlaw.com
**Subject:** RE: Edible IP et al. v. Green Thump et al. - CLL Subpoena Responses and Objections

Hi Nelson,

Can we reschedule for tomorrow morning? Meichelle and I are free from 10-11 ET, or 11:30-1:00 ET.

Thanks,

**Jeremy Berman**
*he | him | his*

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525
t: (212) 790-9293 | f: (212) 575-0671
cll.com | bio | vCard | JAB@cll.com

---

**From:** Berman, Jeremy A.
**Sent:** Wednesday, March 16, 2022 12:19 PM
**To:** NelsonC@gtlaw.com
**Cc:** MacGregor, Meichelle <MRM@cll.com>; robert.browne@troutman.com; john.bowler@troutman.com; lindsay.henner@troutman.com; maierse@gtlaw.com; cronink@gtlaw.com; shermanm@gtlaw.com; tomlinsonm@gtlaw.com
**Subject:** RE: Edible IP et al. v. Green Thump et al. - CLL Subpoena Responses and Objections

Nelson,

Meichelle and I are free for a meet and confer any time after 3:30pm ET tomorrow (Thursday). Please let us know when would work best for you and circulate a dial-in.

Best regards,

**Jeremy Berman**
*he | him | his*
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525
t: (212) 790-9293 | f: (212) 575-0671
cll.com | bio | vCard | JAB@cll.com

---

**From:** NelsonC@gtlaw.com <NelsonC@gtlaw.com>
**Sent:** Wednesday, March 16, 2022 2:58 AM
**To:** Berman, Jeremy A. <JAB@cll.com>
**Cc:** MacGregor, Meichelle <MRM@cll.com>; robert.browne@troutman.com; john.bowler@troutman.com; lindsay.henner@troutman.com; maierse@gtlaw.com; cronink@gtlaw.com; shermanm@gtlaw.com; tomlinsonm@gtlaw.com
**Subject:** RE: Edible IP et al. v. Green Thump et al. - CLL Subpoena Responses and Objections

Jeremy,

Please let us know if you are available for a meet and confer regarding the responses and objections you served. We are generally flexible late Wednesday afternoon and all of Thursday.

Cam

**Cameron M. Nelson**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.6590 | F +1 312.899.0360 | C +1 708.227.7106
NelsonC@gtlaw.com | www.gtlaw.com | View GT Biography



---

**From:** Berman, Jeremy A. <JAB@cll.com>
**Sent:** Friday, March 11, 2022 10:57 AM
**To:** Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>; Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>; Friedman, Michael R. (Assoc-CHI-IP-Tech) <friedmanm@gtlaw.com>
**Cc:** MacGregor, Meichelle <MRM@cll.com>; robert.browne@troutman.com; john.bowler@troutman.com; lindsay.henner@troutman.com
**Subject:** Edible IP et al. v. Green Thump et al. - CLL Subpoena Responses and Objections

**\*EXTERNAL TO GT\***

Counsel,

Attached, please find CLL's responses and objections to Defendants' subpoena in the above-captioned action.

Best regards,

**Jeremy Berman**
*he | him | his*
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525
t: (212) 790-9293 | f: (212) 575-0671
cll.com | bio | vCard | JAB@cll.com

---

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you. This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you. This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you. This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you. This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com