# EXHIBIT 2

| | |
|---|---|
| **From:** | Bowler, John M. |
| **Sent:** | Thursday, July 14, 2022 8:53 PM |
| **To:** | maierse@gtlaw.com |
| **Cc:** | Browne, Robert E.; Henner, Lindsay Mitchell; cronink@gtlaw.com; shermanm@gtlaw.com; tomlinsonm@gtlaw.com; NelsonC@gtlaw.com |
| **Subject:** | Edible v. Green Thumb et al; |

Eric,

Tomorrow per my prior requests for a stipulation, we will email to you a proposed joint motion to take the depositions of Messrs. Kovler and Reynolds out-of-time due to the circumstances of their respective unavailability for deposition before tomorrow's fact discovery cut off. We are also required (actually by this past Tuesday) to inform the Court by one email to Magistrate Judge Weisman's Chambers identifying the email address of the individuals who intend to participate in the July 19 settlement conference. Below is a proposed joint email to Judge Weisman's Chambers. Please add your portion and we will jointly submit the email to the court tomorrow.

***DRAFT***

Dear Ms. Owens,

The parties are writing to inform Magistrate Judge Weisman who will participate on behalf of the parties in next week's July 19 video remote settlement conference and their respective email addresses.

**For Plaintiffs:**

Will attend:

Tariq Farid
tfarid@edible.com
Founder and CEO of Plaintiffs with settlement authority

John M. Bowler
John.bowler@troutman.com
Lead counsel for Plaintiffs

Matt Peters
MPeters@Edible.com
In-House Counsel for Edible

May attend:

Adam Walker
AWalker@Edible.com
Corporate General Counsel for Plaintiffs

Jason J. Carter
carter@bmelaw.com
Outside counsel for Plaintiffs

1

**For Defendants:**

[INSERT}

**John M. Bowler**
**Partner**
Direct: 404.885.3190 | Internal: 11-3190
john.bowler@troutman.com
_____

**troutman pepper**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutman.com
_____

**A HIGHER COMMITMENT TO CLIENT CARE**

Troutman Pepper is a 2020 Mansfield Certified Plus Firm