# EXHIBIT 3

| | |
|---|---|
| **From:** | Bowler, John M. |
| **Sent:** | Friday, July 15, 2022 3:11 PM |
| **To:** | maierse@gtlaw.com |
| **Cc:** | Browne, Robert E.; Henner, Lindsay Mitchell; cronink@gtlaw.com; shermanm@gtlaw.com; tomlinsonm@gtlaw.com; NelsonC@gtlaw.com |
| **Subject:** | RE: Edible v. Green Thumb et al; |
| **Attachments:** | Joint Motion Re Ben Kovler and Ron Reynolds Depositions and Motions to Compel.DOCX |

**\*Privileged\***

Eric,

Attached for your review is a draft joint motion on the 2 depositions. Given that we don't agree on the motion to compel issue, it should not be in a joint motion for relief. To the extent that you want to assert something non-mutual about motion practice, we will follow the Court's prescribed discovery dispute procedures and see what the Court says. Please circulate any comments and we will review and file with the Court.

Thanks.

John


**John M. Bowler**
**Partner**
**troutman pepper**
Direct: 404.885.3190 | Internal: 11-3190
john.bowler@troutman.com


**From:** Bowler, John M.
**Sent:** Friday, July 15, 2022 2:07 PM
**To:** 'maierse@gtlaw.com' <maierse@gtlaw.com>
**Cc:** Browne, Robert E. <Robert.Browne@troutman.com>; Henner, Lindsay Mitchell <lindsay.henner@troutman.com>; cronink@gtlaw.com; shermanm@gtlaw.com; tomlinsonm@gtlaw.com; NelsonC@gtlaw.com
**Subject:** RE: Edible v. Green Thumb et al;

Eric,

We don't concur that your discovery letter emailed on the morning of the last day of fact discovery is timely. We'll send over a draft for your review and comment. Thanks for sending the insurance policy.

**John M. Bowler**
**Partner**
**troutman pepper**
Direct: 404.885.3190 | Internal: 11-3190
john.bowler@troutman.com

1

**From:** maierse@gtlaw.com <maierse@gtlaw.com>
**Sent:** Friday, July 15, 2022 2:05 PM
**To:** Bowler, John M. <john.bowler@troutman.com>
**Cc:** Browne, Robert E. <Robert.Browne@troutman.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; cronink@gtlaw.com; shermanm@gtlaw.com; tomlinsonm@gtlaw.com; NelsonC@gtlaw.com
**Subject:** RE: Edible v. Green Thumb et al;

**EXTERNAL SENDER**

John,

We are fine with the ability to file a motion to compel after the close of fact discovery being mutual, so long that it is limited to deficiencies raised before the close of fact discovery or those directly stemming from the two remaining depositions. This is not meant to be open season to raise a bunch of discovery disputes on a document production you have had for nearly a year now and written discovery responses you have had even longer, 6 months after you took your last deposition.

I thought we produced the insurance policy back in the spring, but it turns out it was inadvertently omitted. We will be producing it this evening.

Thanks,

**Eric J. Maiers**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1036  |  F +1 312.899.0383
maierse@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



**From:** Bowler, John M. <john.bowler@troutman.com>
**Sent:** Friday, July 15, 2022 12:18 PM
**To:** Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>
**Cc:** Browne, Robert E. <Robert.Browne@troutman.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Sherman, Maja (Assoc-CHI-IP-Tech) <shermanm@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>; Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>
**Subject:** RE: Edible v. Green Thumb et al;

Eric,

Thanks.  We can agree to request permission to file a motion to compel after today, if it's mutual so that we both can and expressly state that the request is made without waiving defenses in briefing as to timeliness.  I see that one of your settlement conference attendees is a insurance representatives.  Lindsay and I haven't seen a copy of your client's insurance policy mentioned in your clients' initial disclosures and requested in discovery.  If it's there, can you please direct us to the bates numbers.  If it's not there, we would like to receive a copy prior the settlement conference.

Thank you.

John

**John M. Bowler**
Partner
**troutman pepper**
Direct: 404.885.3190 | Internal: 11-3190
john.bowler@troutman.com

**From:** maierse@gtlaw.com <maierse@gtlaw.com>
**Sent:** Friday, July 15, 2022 12:30 PM
**To:** Bowler, John M. <john.bowler@troutman.com>
**Cc:** Browne, Robert E. <Robert.Browne@troutman.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; cronink@gtlaw.com; shermanm@gtlaw.com; tomlinsonm@gtlaw.com; NelsonC@gtlaw.com
**Subject:** RE: Edible v. Green Thumb et al;

**EXTERNAL SENDER**

John,

Sorry for the delay here. We are fine with the suggested approach to the court regarding the depositions, provided the request provides that to the extent we are unable to resolve the issues raised in Cam's attached email from this morning, we can also file a motion to compel on those issues after the close of fact discovery.

I have inserted the names and emails of Defendants' attendees for Tuesday's settlement conference in your email below.

Thanks,

**Eric J. Maiers**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1036 | M +1 773.680.3209 | F +1 312.899.0383
maierse@gtlaw.com | www.gtlaw.com | View GT Biography

**From:** Bowler, John M. <john.bowler@troutman.com>
**Sent:** Thursday, July 14, 2022 7:53 PM
**To:** Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>
**Cc:** Browne, Robert E. <Robert.Browne@troutman.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Sherman, Maja (Assoc-CHI-IP-Tech) <shermanm@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>; Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>
**Subject:** Edible v. Green Thumb et al;

3

**\*EXTERNAL TO GT\***

Eric,

Tomorrow per my prior requests for a stipulation, we will email to you a proposed joint motion to take the depositions of Messrs. Kovler and Reynolds out-of-time due to the circumstances of their respective unavailability for deposition before tomorrow's fact discovery cut off. We are also required (actually by this past Tuesday) to inform the Court by one email to Magistrate Judge Weisman's Chambers identifying the email address of the individuals who intend to participate in the July 19 settlement conference. Below is a proposed joint email to Judge Weisman's Chambers. Please add your portion and we will jointly submit the email to the court tomorrow.

\*\*\*DRAFT\*\*\*

Dear Ms. Owens,

The parties are writing to inform Magistrate Judge Weisman who will participate on behalf of the parties in next week's July 19 video remote settlement conference and their respective email addresses.

**For Plaintiffs:**

Will attend:

Tariq Farid
tfarid@edible.com
Founder and CEO of Plaintiffs with settlement authority

John M. Bowler
John.bowler@troutman.com
Lead counsel for Plaintiffs

Matt Peters
MPeters@Edible.com
In-House Counsel for Edible

May attend:

Adam Walker
AWalker@Edible.com
Corporate General Counsel for Plaintiffs

Jason J. Carter
carter@bmelaw.com
Outside counsel for Plaintiffs

**For Defendants:**

Will attend:

Eric Maiers
maierse@gtlaw.com
Co-lead counsel for Defendants

4

Cameron Nelson
nelsonc@gtlaw.com
Co-lead counsel for Defendants

Ben Kovler
bkovler@gtigrows.com
Defendants' CEO

Bret Kravitz
bkravitz@gtigrows.com
Corporate Counsel for Defendants

Michelle Marnoch
MMarnoch@topa-ins.com
Representative for Defendants' insurer, Topa

May attend:

Beth Burk
Beth.Burk@gtigrows.com
General Counsel for Defendants

**John M. Bowler**
**Partner**
Direct: 404.885.3190 | Internal: 11-3190
john.bowler@troutman.com

**troutman pepper**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutman.com

**A HIGHER COMMITMENT TO CLIENT CARE**

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.