# EXHIBIT 4

| | |
|---|---|
| **From:** | NelsonC@gtlaw.com |
| **Sent:** | Friday, July 15, 2022 4:31 PM |
| **To:** | Bowler, John M. |
| **Cc:** | Henner, Lindsay Mitchell; maierse@gtlaw.com; cronink@gtlaw.com; shermanm@gtlaw.com; tomlinsonm@gtlaw.com |
| **Subject:** | Edible Arrangements / GTI / Discovery |
| **Attachments:** | Defendants Motion For An Extension Of Discovery To Take Depositions And Resolve Current Discovery Disputes.(07-15-2022 1506 42).docx |

**EXTERNAL SENDER**

John,

We agree a joint motion is not appropriate, and believe the best approach here is for the parties to file competing motions. We have attached a draft of the motion we intend to file today, in case you want to reconsider your position.

Cameron

**Cameron M. Nelson**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.6590  |  F +1 312.899.0360  |  C +1 708.227.7106
NelsonC@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.