# EXHIBIT 6

| | |
|---|---|
| **From:** | MeasS@gtlaw.com <GT-LiquidFiles@gtlaw.com> |
| **Sent:** | Friday, July 15, 2022 11:42 PM |
| **To:** | Bowler, John M.; Henner, Lindsay Mitchell; Browne, Robert E. |
| **Cc:** | nelsonc@gtlaw.com; maierse@gtlaw.com; shermanm@gtlaw.com; croninak@gtlaw.com; tomlinsonm@gtlaw.com |
| **Subject:** | Edible IP, LLC et al. v. MC Brands, LLC et al.: GTI008 Production |

**EXTERNAL SENDER**

Dear Counsel:

Attached please find documents bearing Bates numbers GTI00198173 - GTI00198712.

Best regards,

**Sambath Meas**

**Paralegal**


Greenberg Traurig, LLP

77 West Wacker Drive | Suite 3100 | Chicago, IL 60601

T +1 312.364.1623  |  F +1 312.899.0425  |  C +1 847.513.3290

MeasS@gtlaw.com  |  www.gtlaw.com

---

# Files attached to this message

| Filename | Size | Checksum (SHA256) |
|---|---|---|
| GTI00198173-GTI00198712.zip | 1.01 GB | 4a9738c4965ea681b4a91b9c03f3d864f5d810a15c31fb6b183f1fb2543836aa |

Please click on the following link to download the attachments:
https://files.gtlaw.com/message/jLUSNi4do9p8tl4J5t0cQ9

You will need to authenticate to view this Secure Message. If you don't have an account on files.gtlaw.com, you can still click on the download link and you will be prompted to validate your email.


This email or download link can not be forwarded to anyone else.

The attachments are available until: **Sunday, 14 August.**

Message ID: jLUSNi4do9p8tl4J5t0cQ9

[Download Files]

[Reply to this Secure Message](#)



**Greenberg Traurig — Liquid Files: [https://files.gtlaw.com](https://files.gtlaw.com)**