## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Edible IP, LLC, et al.

                    Plaintiff,

v.

MC Brands, LLC, et al.

                    Defendant.

Case No.: 1:20−cv−05840
Honorable Sara L. Ellis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 26, 2022:

    MINUTE entry before the Honorable Sara L. Ellis: Telephone motion hearing held on 7/26/2022. Defendants' motion for extension of discovery to take depositions and resolve discovery disputes [74] is granted. Telephone Conference set for 9/14/2022 at 9:30 AM. The parties should file joint status report by 9/7/2022 indicating the status of settlement discussions and if the case does not settle, a new close of fact discovery deadline and the scope of discovery, and proposed schedule for expert discovery and summary judgment briefing. Members of the public and media will be able to call in to listen to this hearing. The call−in number is (866) 434−5269 and the access code is 8087837. Counsel of record will receive an email with instructions to join the call. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.