IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC.,<br><br>    Defendants.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>    Counterclaim-Defendants. | Civil Action No. 1:20-cv-05840 |

## JOINT STATUS REPORT

Plaintiffs Edible IP, LLC, and Edible Arrangements LLC ("Plaintiffs"), and Defendants MC Brands, LLC, and Green Thumb Industries Inc. ("Defendants"), by and through their attorneys, respectfully submit this Joint Status Report as requested in the Court's August 24, 2022, Minute Order (Dkt. No. 83).

The parties have conferred and believe they require an additional week to determine whether a continued settlement conference would be productive. The parties therefore respectfully request that the Court reset the September 2, 2022, status conference for September 9, 2022.

Dated: August 31, 2022

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS, LLP | GREENBERG TRAURIG LLP |
| /s/ Jason Carter<br>Robert E. Browne, Jr.,<br>227 W. Monroe Street, Suite 3900<br>Chicago, Illinois 60606<br>Tel: 312.759.1920<br>robert.browne@troutman.com<br><br>John M. Bowler<br>Lindsay M. Henner (pro hac vice)<br>600 Peachtree Street NE, Suite 3000<br>Atlanta, Georgia 30308<br>Tel: 404.885.3000<br>john.bowler@troutman.com<br>lindsay.henner@troutman.com | /s/ Eric J. Maiers<br>Cameron Nelson<br>Eric J. Maiers<br>Maja E. Sherman<br>Katie Cronin<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>(312) 456-6590<br>nelsonc@gtlaw.com<br>maierse@gtlaw.com<br>shermanm@gtlaw.com<br>cronink@gtlaw.com<br><br>*Attorneys for MC Brands, LLC and Green Thumb Industries Inc.* |

BONDURANT, MIXSON & ELMORE LLP

Jason J Carter
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, GA 30309
(404) 881-4100
carter@bmelaw.com

*Attorneys for Edible IP, LLC and Edible Arrangements, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2022, the foregoing was filed which will automatically give notice to the parties' counsel of record.

/s/ Eric J. Maiers