# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDIBLE IP, LLC & EDIBLE ARRANGEMENTS LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>MC BRANDS, LLC & GREEN THUMB INDUSTRIES, INC.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 1:20-CV-5840 |

## JOINT STATUS REPORT – CASE SCHEDULING

Pursuant to the District Court's directive [Dkt. 78], the parties hereby file a joint status report "indicating the status of settlement discussions and if the case does not settle, a new close of fact discovery deadline and the scope of discovery, and proposed schedule for expert discovery and summary judgment briefing."

**Settlement Status**. Although the parties do not intend to continue mediation, the parties continue to seek to settle the case through direct negotiation.

**Remaining Discovery**. If the case does not settle, the parties need to conduct one additional fact deposition each (Ron Reynolds, Benjamin Kovler), address some outstanding discovery disputes, and conduct expert discovery and depositions.

**Discovery Schedule Dispute.** The parties disagree as to whether the case should be bifurcated on the issue of damages:

Defendants propose that, after the conclusion of fact discovery, the remainder of the case be bifurcated as between liability and damages. Defendants intend to move for summary judgment of no liability on all of Plaintiff's claims as soon as possible, and thus undertaking the significant time, effort and expense of expert discovery on damages would be a waste of the parties' resources at this time. On the other hand, expert discovery on matters concerning liability can proceed at an expedited pace. Defendants already served their opening expert report of no likelihood of confusion and genericness back on July 13, 2022. Further, because of the nature of liability expert reports in trademark cases—consumer surveys on confusion and genericness, which do not rely upon fact witness deposition testimony—expert discovery can begin to proceed in parallel with the limited amount of fact discovery that remains.

Plaintiff does not agree that the case should be bifurcated and proposes that all discovery be completed by the deadlines listed below. Plaintiff believes that, if the case does not settle and is to proceed through litigation, that it should proceed in the ordinary course, and all discovery should be completed prior to summary judgment.

**Proposed Schedule**: The parties disagree over the timing and so each propose schedules:

2

*Plaintiff's Proposed Schedule*

| Fact Discovery Closes | October 21, 2022 |
|---|---|
| Expert Report Deadline | November 4, 2022 |
| Rebuttal Expert Report Deadline | November 30, 2022 |
| Close of Expert Discovery | December 16, 2022 |
| Motions for Summary Judgment Due | January 13, 2023 |
| Summary Judgment Responses Due | February 3, 2023 |
| Summary Judgment Replies Due | February 17, 2023 |

*Defendant's Proposed Schedule*

| Fact Discovery Closes | October 14, 2022 |
|---|---|
| Plaintiff's Opening and Rebuttal Expert Report(s) on Liability | October 21, 2022 |
| Defendant's Rebuttal Expert Report(s) on Liability | November 18, 2022 |
| Expert Discovery Closes | December 9, 2022 |
| Motion for Summary Judgment on Liability Due | January 6, 2023 |
| Summary Judgment Responses | January 27, 2023 |
| Summary Judgment Replies | February 10, 2023 |

Respectfully submitted this 7th day of September, 2022,

/s/ *Jason J. Carter*
Jason J. Carter
Georgia Bar No. 141669
carter@bmelaw.com
Solesse L. Altman
Georgia Bar No. 442827
altman@bmelaw.com
E. Allen Page
Georgia Bar No. 640163
page@bmelaw.com
BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

/s/ *Eric J. Maiers*
Cameron Nelson
Eric J. Maiers
Maja E. Sherman
Katie Cronin
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-6590
nelsonc@gtlaw.com
(312) 456-8400
nelsonc@gtlaw.com
maierse@gtlaw.com
shermanm@gtlaw.com
cronink@gtlaw.com

*Attorneys for Edible IP, LLC & Edible Arrangements LLC*

Mikhael F. Tomlinson (pro hac vice)
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
tomlinsonm@gtlaw.com

*Attorneys for Green Thumb Industries Inc. and MC Brands, LLC.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was electronically filed this day with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all parties of record.

                                       /s/ Jason J. Carter
                                       Jason J. Carter