UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Edible IP, LLC, et al.
                                                Plaintiff,

v.                                                      Case No.: 1:20−cv−05840
                                                                 Honorable Sara L. Ellis

MC Brands, LLC, et al.
                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 13, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: The Court strikes the status date set for 9/14/2022 and resets it to 5/31/2023 at 9:30 a.m. for ruling on summary judgment motion. Fact discovery closes on 10/14/2022. The Court grants Defendant's motion to bifurcate liability and damages [86]. The Court stays expert discovery on damages until after the Court rules on Defendant's motion for summary judgment. The Court sets the following expert discovery schedule on liability: Plaintiff's expert reports on liability are due by 10/21/2022; Defendant's rebuttal expert reports on liability are due by 11/18/2022; and expert discovery on liability closes on 12/9/2022. The Court sets the following summary judgment briefing schedule: summary judgment motions are due by 1/6/2023; responses are due by 1/27/2023; and replies are due by 2/10/2023. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.