# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                    EASTERN DIVISION
 4     -------------------------X
 5     EDIBLE IP, LLC; and EDIBLE        :
 6     ARRANGEMENTS, LLC,                :
 7                  Plaintiffs,          :   Case No.
 8          v.                           :   1:20-cv-05 840
 9     MC BRANDS, LLC; and GREEN THUMB   :
10     INDUSTRIES INC.,                  :
11                  Defendants.          :
12     -------------------------X
13        VIDEOTAPED DEPOSITION OF EDIBLE ARRANGEMENTS
14            By and through its Corporate Designee
15                    SOMIA FARID SILBER
16              and in her Individual Capacity
17                  Friday, June 10, 2022
18                       Atlanta,GA
19                        9:13 a.m.
20
21     Job No.:  451477
22     Pages:  1 - 353
23     STENOGRAPHICALLY REPORTED BY:
24     GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, CSR
```

```
 1              Deposition of SOMIA FARID SILBER, held at the
 2   offices of:
 3
 4              Greenberg Traurig, LLP (Atlanta)
 5              Terminus 200
 6              3333 Piedmont Road NE
 7              Suite 2500
 8              Atlanta, GA 30305
 9
10
11
12              Pursuant to agreement, before Giselle
13   Mitchell-Margerum, Registered Professional Reporter,
14   Certified Reporting Instructor, Licensed Court Reporter
15   (TN), Certified Court Reporter (GA), Certified Court
16   Reporter (NJ), Certified Court Reporter (WA), Certified
17   Shorthand Reporter (OR), Certified Shorthand Reporter
18   (CA), and Notary Public (Washington, D.C.).
19
20
21
22
23
24
```

```
 1                 A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFF:
 3           JOHN BOWLER, ESQ.
 4           TROUTMAN PEPPER HAMILTON SANDERS LLP
 5           600 Peachtree Street, N.E., Suite 3000
 6           Atlanta, GA 30308
 7           404.885.3000
 8
 9    ON BEHALF OF DEFENDANTS:
10           CAMERON NELSON, ESQ.
11           GREENBERG TRAURIG, LLP
12           77 West Wacker Drive, Suite 3100
13           Chicago, IL 60601
14           312.456.8400
15
16
17    ALSO PRESENT:
18           MATTHEW PETERS, ESQ.
19           NORMAN ANDREWS, Videographer
20           KATIE CRONIN
21
22
23
24
```

| | | |
|---|---|---|
| 1 | Q.   Okay. | 12:44:28 |
| 2 | So if we wanted to understand how well | 12:44:29 |
| 3 | those products are selling, how would we do that? | 12:44:31 |
| 4 | A.   That would be through our sales | 12:44:33 |
| 5 | performance data, provided by our finance team. | 12:44:35 |
| 6 | Q.   Okay.  One of the things that you make | 12:44:37 |
| 7 | each franchisee -- franchisee do, is use a POS | 12:44:39 |
| 8 | system that you have specified? | 12:44:43 |
| 9 | A.   Correct. | 12:44:45 |
| 10 | Q.   And part of the reason for doing that is | 12:44:45 |
| 11 | so that you can have that sales data neatly | 12:44:47 |
| 12 | formatted -- organized -- so you could see what's | 12:44:51 |
| 13 | working.  What's not working? | 12:44:54 |
| 14 | A.   Yes. | 12:44:55 |
| 15 | Q.   Okay. | 12:44:55 |
| 16 | So, if I wanted to understand -- so, if I | 12:44:56 |
| 17 | wanted a report of the sales performance of every | 12:45:03 |
| 18 | Edible Arrangements package or product, sold since | 12:45:06 |
| 19 | 2018, that you think overlaps with Incredibles | 12:45:10 |
| 20 | products, can you generate a report like that? | 12:45:16 |
| 21 | A.   Yes. | 12:45:19 |
| 22 | Q.   Okay. | 12:45:20 |
| 23 | A.   And we've provided some of that data in | 12:45:21 |
| 24 | the documents. | 12:45:24 |

1  Q. I've seen some sales data. It hasn't been    12:45:27
2  down to the level of detail that I would like to    12:45:31
3  see. I would like to know, "This is the package.    12:45:34
4  Here's how many we sold. Here's --" down to the    12:45:37
5  product level, as opposed to sort of just aggregate.    12:45:39
6  A. Okay.    12:45:42
7  Q. I have the aggregate numbers. It's just    12:45:42
8  hard to understand what's in -- in terms of the    12:45:44
9  product selection, what's in those numbers.    12:45:47
10  A. Got it.    12:45:49
11  Q. Do you sell single chocolate bars?    12:45:59
12  A. We have in the past. But not at the --    12:46:01
13  not at the moment.    12:46:03
14  Q. When you say in the past, when was that?    12:46:04
15  A. 2018. 2019. Potentially even 2020.    12:46:08
16  Q. How much were you selling them for?    12:46:17
17  A. I can't recall.    12:46:19
18  Q. Was it $40 for a chocolate bar?    12:46:21
19  A. Excuse me?    12:46:23
20  Q. Was it $40 for a chocolate bar?    12:46:24
21  A. It was not. No.    12:46:26
22  Q. You are aware that an Incredibles-branded    12:46:28
23  chocolate bar, at least in Illinois, is around $40?    12:46:31
24  A. I am aware now.    12:46:35