# Exhibit 4



# Transcript of Somia Farid Silber, Corporate Designee

**Date:** June 10, 2022
**Case:** Edible IP, LLC, et al. -v- MC Brands, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                    EASTERN DIVISION
 4    -------------------------X
 5    EDIBLE IP, LLC; and EDIBLE          :
 6    ARRANGEMENTS, LLC,                  :
 7                  Plaintiffs,           :   Case No.
 8         v.                             :   1:20-cv-05 840
 9    MC BRANDS, LLC; and GREEN THUMB     :
10    INDUSTRIES INC.,                    :
11                  Defendants.           :
12    -------------------------X
13       VIDEOTAPED DEPOSITION OF EDIBLE ARRANGEMENTS
14           By and through its Corporate Designee
15                   SOMIA FARID SILBER
16             and in her Individual Capacity
17                  Friday, June 10, 2022
18                       Atlanta,GA
19                       9:13 a.m.
20
21    Job No.:  451477
22    Pages:   1 - 353
23    STENOGRAPHICALLY REPORTED BY:
24    GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, CSR
```

1        Deposition of SOMIA FARID SILBER, held at the
2   offices of:
3
4        Greenberg Traurig, LLP (Atlanta)
5        Terminus 200
6        3333 Piedmont Road NE
7        Suite 2500
8        Atlanta, GA 30305
9
10
11
12        Pursuant to agreement, before Giselle
13   Mitchell-Margerum, Registered Professional Reporter,
14   Certified Reporting Instructor, Licensed Court Reporter
15   (TN), Certified Court Reporter (GA), Certified Court
16   Reporter (NJ), Certified Court Reporter (WA), Certified
17   Shorthand Reporter (OR), Certified Shorthand Reporter
18   (CA), and Notary Public (Washington, D.C.).
19
20
21
22
23
24

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF:
 3          JOHN BOWLER, ESQ.
 4          TROUTMAN PEPPER HAMILTON SANDERS LLP
 5          600 Peachtree Street, N.E., Suite 3000
 6          Atlanta, GA 30308
 7          404.885.3000
 8
 9   ON BEHALF OF DEFENDANTS:
10          CAMERON NELSON, ESQ.
11          GREENBERG TAURIG, LLP
12          77 West Wacker Drive, Suite 3100
13          Chicago, IL 60601
14          312.456.8400
15
16
17   ALSO PRESENT:
18          MATTHEW PETERS, ESQ.
19          NORMAN ANDREWS, Videographer
20          KATIE CRONIN
21
22
23
24
```

| | | |
|---|---|---|
| 1 | Q. Okay. So, in 2019, we still would have | 09:43:43 |
| 2 | had five -- roughly five stores that had "Edible" | 09:43:46 |
| 3 | signage and Edible -- both outside the store and | 09:43:52 |
| 4 | inside the store? | 09:43:56 |
| 5 | A. Correct. | 09:43:57 |
| 6 | Q. Okay. And then 2020 kicks off. What was | 09:43:57 |
| 7 | the plan for 2020, in terms of helping the stores | 09:44:03 |
| 8 | re-brand to "Edible" before the pandemic hit? | 09:44:07 |
| 9 | A. The plan was to continue updating signage | 09:44:10 |
| 10 | in -- outside the store, and the look and feel of | 09:44:14 |
| 11 | all of our stores inside. | 09:44:17 |
| 12 | However, that was quickly stopped due to | 09:44:21 |
| 13 | the state of the country with shelter in place and | 09:44:23 |
| 14 | people not visiting retail locations. And our | 09:44:27 |
| 15 | business' shift to heavy e-commerce and delivery. | 09:44:29 |
| 16 | Q. How many stores did -- I understand there | 09:44:34 |
| 17 | may have been some changes. How many stores does | 09:44:39 |
| 18 | Edible Arrangements have right now? | 09:44:41 |
| 19 | A. We have just about a thousand stores. | 09:44:42 |
| 20 | Q. And I thought I read somewhere, it dipped | 09:44:46 |
| 21 | to like 750 at one point. When was that? | 09:44:48 |
| 22 | A. Probably about 800. And that was in 2019. | 09:44:51 |
| 23 | 2018 to 2019. | 09:44:55 |
| 24 | Q. Okay. So, before the pandemic hit, the | 09:44:55 |

```
 1      A.   I can look that up myself.  In some of our         11:35:53
 2  financial records.                                          11:35:57
 3      Q.   What system would you go to to find that           11:35:57
 4  information?                                                11:35:59
 5      A.   I would go to an Excel spreadsheet where           11:36:00
 6  we manage all of our spending budgets.                      11:36:02
 7      Q.   Is that spreadsheet like an annual thing?          11:36:06
 8      A.   Yes.  But we look at it very frequently.           11:36:10
 9      Q.   What I mean is, whenever your fiscal year          11:36:17
10  ends, you might create a new spreadsheet and save           11:36:19
11  the last one?                                               11:36:25
12      A.   Correct.                                           11:36:26
13      Q.   Okay.  What kind of detail does that               11:36:26
14  spreadsheet provide?                                        11:36:29
15      A.   It provides all of our marketing and               11:36:30
16  advertising spend for the -- for Edible.  Including         11:36:32
17  any operating expenses; fixed expenses; payroll.  In        11:36:40
18  addition to working media dollars.                          11:36:44
19      Q.   Now, does it track the types of products           11:36:53
20  that you're advertising in any of these posts?              11:36:58
21      A.   The spreadsheet does not.  That simply             11:37:03
22  manages the budget and the spend.                           11:37:07
23      Q.   Okay.                                              11:37:09
24           Is -- does Edible Arrangements keep                11:37:10
```

| | | |
|---|---|---|
| 1 | records about the types of products it's promoting | 11:37:11 |
| 2 | somewhere else? | 11:37:14 |
| 3 | A. Yes. | 11:37:15 |
| 4 | Q. How does it do that? | 11:37:16 |
| 5 | A. We have playbooks that we publish, | 11:37:23 |
| 6 | typically on a quarterly basis, that talk about | 11:37:24 |
| 7 | product priorities; occasion priorities; messaging | 11:37:28 |
| 8 | priorities. | 11:37:31 |
| 9 | And those playbooks are what the team use | 11:37:31 |
| 10 | to conduct advertising across channels. | 11:37:34 |
| 11 | Q. And so, those playbooks are sort of | 11:37:43 |
| 12 | instructions to staff on, "Here's what we're going | 11:37:48 |
| 13 | to prioritize for the quarter?" | 11:37:52 |
| 14 | A. Yes. | 11:37:54 |
| 15 | Q. Is there -- | 11:37:55 |
| 16 | A. For -- go ahead. | 11:37:55 |
| 17 | Q. -- any -- oh. | 11:37:55 |
| 18 | A. Go ahead.  Sorry. | 11:37:56 |
| 19 | Q. Does anyone record, "Okay, of the post on | 11:37:57 |
| 20 | Facebook, I promoted" -- as an example -- "we spent | 11:37:59 |
| 21 | X dollars promoting this particular Valentine's Day | 11:38:03 |
| 22 | gift," or something like that? | 11:38:06 |
| 23 | A. Are you asking if that's something that we | 11:38:09 |
| 24 | do? | 11:38:11 |

| | |
|---|---|
| 1    Q.   Yeah. | 11:38:11 |
| 2    A.   We do.  Yeah.  We do have spend levels by | 11:38:12 |
| 3  various campaigns.  Valentine's Day would be | 11:38:16 |
| 4  considered a campaign. | 11:38:19 |
| 5    Q.   Okay.  And the campaigns are more, like, | 11:38:22 |
| 6  holiday-focused?  Or are they product-focused? | 11:38:25 |
| 7    A.   It could be anything and everything. | 11:38:28 |
| 8  Holiday; product; category; occasion.  We have | 11:38:30 |
| 9  hundreds, if not thousands, of campaigns that run | 11:38:34 |
| 10 across channels. | 11:38:36 |
| 11   Q.   And someone has the fun job of maintaining | 11:38:39 |
| 12 spreadsheets to keep track of all this? | 11:38:43 |
| 13   A.   They are -- yes. | 11:38:45 |
| 14   Q.   Okay. | 11:38:46 |
| 15        In the 30 to 50 million you mentioned as | 11:38:58 |
| 16 being the overall -- you know, roughly overall paid | 11:39:05 |
| 17 advertising budget, how much of that does go into | 11:39:10 |
| 18 social media? | 11:39:14 |
| 19   A.   I can't recall, off the top of my head, | 11:39:14 |
| 20 how much of that goes to social media.  I believe we | 11:39:16 |
| 21 did provide some documents that had the breakout of | 11:39:18 |
| 22 the various areas where we spend. | 11:39:23 |
| 23   Q.   And I usually save those for the end.  I'm | 11:39:27 |
| 24 not looking for, like, down to the percent.  Is it | 11:39:29 |

| | |
|---|---|
| 1    like half?  Is it 10 percent?  I mean -- | 11:39:31 |
| 2         A.    Less than half. | 11:39:36 |
| 3         Q.    Okay.  Where else does Edible Arrangements | 11:39:37 |
| 4    spend its advertising dollars, besides social media? | 11:39:40 |
| 5         A.    We spend a lot of our budget on paid | 11:39:42 |
| 6    search.  On platforms such as Google and Bing. | 11:39:47 |
| 7         Q.    Ad word or key word advertising? | 11:39:53 |
| 8         A.    Yes. | 11:39:55 |
| 9         Q.    Okay.  And would you say you spend more on | 11:39:55 |
| 10   social media -- more on that than you do on social | 11:40:00 |
| 11   media?  Or less? | 11:40:02 |
| 12        A.    We spend more on key word advertising. | 11:40:05 |
| 13        Q.    Significantly more? | 11:40:07 |
| 14        A.    Significantly more. | 11:40:09 |
| 15        Q.    Okay.  Where else does Edible Arrangements | 11:40:10 |
| 16   spend its advertising dollars? | 11:40:17 |
| 17              THE WITNESS:  Someone's at the door for | 11:40:20 |
| 18   you. | 11:40:21 |
| 19              [Pause.] | 11:40:26 |
| 20              THE WITNESS:  Your question was where else | 11:40:29 |
| 21   we spend advertising dollars? | 11:40:31 |
| 22   BY MR. NELSON: | 11:40:32 |
| 23        Q.    Uh-huh. | 11:40:33 |
| 24        A.    Video.  So, linear TV.  Digital videos | 11:40:33 |

| | | |
|---|---|---|
| 1 | Q. Okay. | 12:44:28 |
| 2 | So if we wanted to understand how well | 12:44:29 |
| 3 | those products are selling, how would we do that? | 12:44:31 |
| 4 | A. That would be through our sales | 12:44:33 |
| 5 | performance data, provided by our finance team. | 12:44:35 |
| 6 | Q. Okay. One of the things that you make | 12:44:37 |
| 7 | each franchisee -- franchisee do, is use a POS | 12:44:39 |
| 8 | system that you have specified? | 12:44:43 |
| 9 | A. Correct. | 12:44:45 |
| 10 | Q. And part of the reason for doing that is | 12:44:45 |
| 11 | so that you can have that sales data neatly | 12:44:47 |
| 12 | formatted -- organized -- so you could see what's | 12:44:51 |
| 13 | working. What's not working? | 12:44:54 |
| 14 | A. Yes. | 12:44:55 |
| 15 | Q. Okay. | 12:44:55 |
| 16 | So, if I wanted to understand -- so, if I | 12:44:56 |
| 17 | wanted a report of the sales performance of every | 12:45:03 |
| 18 | Edible Arrangements package or product, sold since | 12:45:06 |
| 19 | 2018, that you think overlaps with Incredibles | 12:45:10 |
| 20 | products, can you generate a report like that? | 12:45:16 |
| 21 | A. Yes. | 12:45:19 |
| 22 | Q. Okay. | 12:45:20 |
| 23 | A. And we've provided some of that data in | 12:45:21 |
| 24 | the documents. | 12:45:24 |

| | | |
|---|---|---|
| 1 | going off the record at 3:11 p.m.. | 03:10:30 |
| 2 | (Short break.) | 03:10:33 |
| 3 | THE VIDEOGRAPHER: We are going back on | 03:30:57 |
| 4 | the record at 3:31 p.m.. | 03:30:59 |
| 5 | MR. NELSON: Let me hand you what we have | 03:31:02 |
| 6 | marked as Exhibit 20. | 03:31:04 |
| 7 | (Exhibit 20 marked for identification) | 03:31:06 |
| 8 | MR. NELSON: Exhibit 20 is an email dated | 03:31:13 |
| 9 | January 10th 2020, from Bill Sluben to Troy | 03:31:15 |
| 10 | Godbee, and Ron Reynolds, and a couple others. | 03:31:19 |
| 11 | BY MR. NELSON: | 03:31:25 |
| 12 | Q. Have you seen this document before? | 03:31:25 |
| 13 | A. I have not. No. | 03:31:26 |
| 14 | Q. It's nice and short. So could you please | 03:31:28 |
| 15 | read it? | 03:31:31 |
| 16 | A. Sure. | 03:31:32 |
| 17 | [Witness reviewed document.] | 03:31:59 |
| 18 | A. Okay. | 03:32:00 |
| 19 | Q. All right. So, Bill says, "Hi." And then | 03:32:01 |
| 20 | he says: | 03:32:06 |
| 21 | "I want to provide you an update on our | 03:32:07 |
| 22 | future plans for the 25 stores in DFW, and the four | 03:32:09 |
| 23 | in Houston that are currently selling the CBD | 03:32:10 |
| 24 | packets." | 03:32:14 |

| | |
|---|---|
| 1    of how our entire customer base, and how all of the | 04:17:20 |
| 2    people who ordered from us feel. | 04:17:25 |
| 3        Q.   Sure. | 04:17:28 |
| 4             Is this the only -- the only popcorn I've | 04:17:37 |
| 5    come across at Edible Arrangements stores on your | 04:17:39 |
| 6    website is the Maddy & Maize product. | 04:17:42 |
| 7             What was this popcorn, in this promotion, | 04:17:46 |
| 8    if you know? | 04:17:50 |
| 9        A.   Yeah.  So, to clarify a little bit, this | 04:17:50 |
| 10   isn't really about -- this is more of an engagement | 04:17:52 |
| 11   type of post.  So, it looks like January 19th, | 04:17:54 |
| 12   when this was posted, it was National Popcorn Day. | 04:17:56 |
| 13            So we were posting something about | 04:17:59 |
| 14   National Popcorn Day.  And this is a stylized image | 04:18:02 |
| 15   of that Maddy & Maize popcorn.  So it's just not in | 04:18:06 |
| 16   the Maddy & Maize packaging. | 04:18:11 |
| 17       Q.   Got it.  Okay. | 04:18:13 |
| 18            How does Edible Arrangements define | 04:18:21 |
| 19   "confections?" | 04:18:23 |
| 20       A.   Confections are treats.  Food treats. | 04:18:25 |
| 21       Q.   And is popcorn a confection? | 04:18:29 |
| 22       A.   Confection would be considered sugared | 04:18:31 |
| 23   treats.  So no. | 04:18:34 |
| 24       Q.   If the popcorn has chocolate on it, does | 04:18:36 |