IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>　　Plaintiffs,<br><br>v.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC.,<br><br>　　Defendants.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC,<br><br>　　Counterclaim-Plaintiffs,<br><br>v.<br><br>EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>　　Counterclaim-Defendants. | Civil Action No. 4:20-cv-05840 |

**PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

　　Pursuant to Local Rule 83.17, Scott Hessell and Timothy Sperling, both of Sperling & Slater, P.C., request leave to enter a substitute appearance in this matter. Robert Browne, Jr., John Maurice Bowler and Lindsay Henner request leave to withdraw. In further support of the motion, Plaintiffs state as follows:

　　1.　　Plaintiffs Edible IP, LLC and Edible Arrangements, LLC seek this substitution of counsel.

　　2.　　Undersigned counsel consulted counsel for Defendants MC Brands, LLC and Green Thumb Industries Inc., and those parties do not oppose this motion.

1

3. This motion is not brought for any improper reason, or to delay the proceedings.

WHEREFORE, Plaintiffs request the entry of an order providing that Scott Hessell and Timothy Sperling may submit appearances as substitute counsel of record for Edible IP, LLC and Edible Arrangements, LLC, and further hold that Messrs. Browne and Bowler, and Ms. Henner, are granted leave to withdraw from this proceeding and will be relieved from further responsibility in this case.

Dated: October 28, 2022

| Withdrawing Counsel | Substitute Counsel |
|---|---|
| /s/ Robert Browne, Jr. | /s/ Scott Hessell |
| Robert Browne, Jr. | Scott Hessell – 6275119 (NDIL Trial Bar) |
| John Maurice Bowler | Timothy Sperling – 6293854 (NDIL Trial Bar) |
| Lindsay Henner | Sperling & Slater, P.C. |
| Troutman Pepper Hamilton Sanders LLP | 55 West Monroe, Floor 32 |
| 600 Peachtree Street | Chicago, Illinois 60603 |
| Suite 3000 | Tel: (312) 641-3200 |
| Atlanta, GA 30308-2216 | Fax: (312) 641-6492 |
| (404) 885-3000 | shessel@sperling-law.com |
| robert.browne@troutman.com | tsperling@sperling-law.com |
| john.bowler@troutman.com | |
| lindsay.henner@troutman.com | *Substitute Attorneys for Plaintiffs, Edible IP, LLC and Edible Arrangements, LLC.* |
| *Former Attorneys for Plaintiffs, Edible IP, LLC and Edible Arrangements, LLC* | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2022, the foregoing Plaintiffs' Unopposed Motion to Substitute Counsel was filed with the court via ECF, which will automatically give notice to the parties' counsel of record.

                                                    /s/ *Timothy Sperling*