# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC.,<br><br>    Defendants.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>    Counterclaim-Defendants. | Civil Action No. 4:20-cv-05840 |

**ORDER ON PLAINTIFFS'**
**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

On this day, came to be heard the Plaintiffs' Unopposed Motion to Substitute Counsel, and the same is hereby GRANTED.

DATED: _____                  _____
                                                                             HON. SARA L. ELLIS
                                                                             UNITED STATES DISTRICT JUDGE