UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Edible IP, LLC, et al.

                            Plaintiff,

v.                                                               Case No.: 1:20−cv−05840
                                                                 Honorable Sara L. Ellis

MC Brands, LLC, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 22, 2022:

        MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 11/22/2022. As discussed on the record, Defendants' motion to compel Plaintiffs to produce sales−related documents and information [93] is terminated. Summary judgment briefing schedule and expert discovery schedule on liability to stand. [89] Next status date set for 5/31/2023 at 9:30 a.m. for ruling on motion for summary judgment. Members of the public and media will be able to call in to listen to this hearing. The call−in number is (866) 434−5269 and the access code is 8087837. Counsel of record will receive an email with instructions to join the call. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.