[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Edible IP, LLC & Edible Arrangements LLC )
Plaintiff )
)
) Case Number: 20-cv-5840
v. )
) Judge: Hon. Sara L. Ellis
MC Brands, LLC & Green Thumb Industries, Inc. )
)
)
Defendant )

## NOTICE OF MOTION

**TO:** All Counsel of Record

**PLEASE TAKE NOTICE** that on December 13, 2022 at 9:45 AM, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sara L. Ellis or any judge sitting in his or her stead in **Courtroom** 1403 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Motion for Voluntary Dismissal without Prejudice or Leave to Amend Complaint

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, I provided service to the person or persons listed above by the following means: CM/ECF

Signature: /s/ Scott Hessell         Date: 12/1/2022

Name (Print): Scott Hessell

Address: Sperling & Slater         Phone: 312-641-3200

55 W. Monroe, Suite 3200

Chicago, IL 60603

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]