**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC.,<br><br>  Defendants. | Civil Action No. 1:20-cv-05840 |
| MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC,<br><br>  Counterclaim-Plaintiffs,<br><br>v.<br><br>EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>  Counterclaim-Defendants. | |

**STIPULATION OF DISMISSAL UNDER F.R.C.P. RULE 41(a)(1)(A)(ii)**

Plaintiffs Edible IP, LLC and Edible Arrangements, LLC ("Plaintiffs"), and Defendants MC Brands, LLC and Green Thumb Industries Inc. ("Defendants") (collectively, the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all of Plaintiffs' claims in the case with prejudice and the dismissal of all of Defendants' counterclaims in the case without prejudice. In dismissing the claims and counterclaims as set forth above, the Parties agree that GTI has not waived the ability to petition the Court for recovery of its fees and costs incurred in the case.

Dated: March 10, 2023

| | |
|---|---|
| BONDURANT, MIXSON & ELMORE, LLP | GREENBURG TRAURIG LLP |
| /s/ *Jason Carter*<br>Jason J. Carter<br>Solesse L. Altman<br>E. Allen Page<br>1201 W Peachtree Street NW<br>Suite 3900<br>Atlanta, Georgia 30309<br>(404) 881-4100<br>carter@bmelaw.com<br>altman@bmelaw.com<br>page@bmelaw.com | /s/ *Cameron Nelson*<br>Cameron Nelson<br>Eric J. Maiers<br>Maja E. Sherman<br>Katherine M. Cronin<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>(312) 456-6590<br>nelsonc@gtlaw.com<br>maierse@gtlaw.com<br>shermanm@gtlaw.com<br>cronink@gtlaw.com |
| *Attorneys for Edible IP, LLC and Edible Arrangements, LLC* | *Attorneys for MC Brands, LLC and Green Thumb Industries Inc.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the below date, I filed the foregoing document which will automatically give notice to the parties' counsel of record.

Date: March 10, 2023                    /s/ *Katherine Cronin*