IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC.,<br><br>   Defendants.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC,<br><br>   Counterclaim-Plaintiffs,<br><br>v.<br><br>EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>   Counterclaim-Defendants. | Civil Action No. 4:20-cv-05840 |

**DEFENDANTS MC BRANDS, LLC'S AND GREEN THUMB INDUSTRIES INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants MC Brands, LLC and Green Thumb Industries Inc. (collectively, "GTI"), respectfully move this Court to file under seal certain exhibits to, and corresponding portions of, Defendants' Memorandum in Support of its Motion for Attorney Fees.

Local Rule 26.2 provides that the Court may determine that a particular document or exhibits merits sealed status before any party may file such materials under seal. *See* L.R. 26.2. The Court restricts access to such documents only for "good cause shown." *Id.*

In support of its Motion for Leave to File Under Seal, GTI provides as follows:

1. GTI's Memorandum in Support of its Motion for Attorney Fees ("Attorney Fees

Motion") attaches certain exhibits which contain documents designated either by Plaintiffs or GTI as being either HIGHLY CONFIDENTIAL or CONFIDENTIAL under the terms of the Parties' Agreed Confidentiality Order ("Confidentiality Order"). (Dkt. No. 34.)

2. Exhibits I and J to GTI's Attorney Fees Motion were designated as CONFIDENTIAL by Plaintiffs under the terms of the Parties' Confidentiality Order. (Dkt. No. 34.) Because these Exhibits have been designated as CONFIDENTIAL, they cannot be filed publicly with the Court.

3. Exhibits K, L, N, O and P to GTI's Attorney Fees Motion were designated as HIGHLY CONFIDENTIAL by Plaintiffs under the terms of the Parties' Confidentiality Order. (Dkt. No. 34.) Because these Exhibits have been designated as HIGHLY CONFIDENTIAL, they cannot be filed publicly with the Court.

4. Exhibit EE to GTI's Attorney Fees Motion was designated as CONFIDENTIAL under the Parties' Confidentiality Order. (Dkt. No. 34.) Because this Exhibit was designated as CONFIDENTIAL, it cannot be filed publicly with the Court.

5. Exhibit AA to GTI's Attorney Fees Motion addresses various calculations based on the Exhibits listed in Paragraph 3 *supra* and therefore must be filed under seal.

6. GTI relies on the aforementioned Exhibits in its Attorney Fees Motion, thus corresponding portions of that Motion must be filed under seal.

Respectfully submitted,

Dated: March 27, 2023

GREENBERG TRAURIG LLP

/s/ *Cameron Nelson*
Cameron Nelson

        Eric J. Maiers
        Maja E. Sherman
        Katherine M. Cronin
        Mikhael Tomlinson
        77 West Wacker Drive, Suite 3100
        Chicago, Illinois 60601
        (312) 456-6590
        nelsonc@gtlaw.com
        maierse@gtlaw.com
        shermanm@gtlaw.com
        cronink@gtlaw.com
        tomlinsonm@gtlaw.com
        *Attorneys for MC Brands, LLC and Green Thumb Industries Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon all counsel of record via the CM/ECF System on this 27th day of March, 2023.

/s/ Cameron M. Nelson
*Counsel for Defendants*