**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES, INC.,<br><br>Defendants. | NO: 20-cv-05840 |

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that on April 6, 2023, at 9:45 a.m. or as soon thereafter as counsel may be heard, before the Honorable Sara L. Ellis, or whomever shall be sitting in her stead, in Room 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, Defendants MC Brands, LLC and Green Thumb Industries, Inc. will then and there present the attached **Defendants' Motion for Leave to File Under Seal**.

                                           Respectfully submitted,

Dated: March 27, 2023               GREENBERG TRAURIG LLP

                                           /s/ *Cameron Nelson*
                                           Cameron Nelson
                                           Eric J. Maiers
                                           Maja E. Sherman
                                           Katherine M. Cronin
                                           Mikhael Tomlinson
                                           77 West Wacker Drive, Suite 3100
                                           Chicago, Illinois 60601
                                           (312) 456-6590
                                           nelsonc@gtlaw.com
                                           maierse@gtlaw.com
                                           shermanm@gtlaw.com
                                           cronink@gtlaw.com
                                           tomlinsonm@gtlaw.com
                                           *Attorneys for MC Brands, LLC and Green Thumb Industries Inc.*

1

## **CERTIFICATE OF SERVICE**

      I, Cameron M. Nelson, an attorney, hereby certify that, on March 27, 2023, I served the foregoing **Notice of Motion** on all counsel of record via the Court's (ECF) electronic filing service.

                                                    */s/ Cameron M. Nelson*