# Exhibit R

Please see thumb drive
Video Clip: Take a tour of Rise Erie medical marijuana dispensary