# Exhibit S

