# Exhibit W

| | |
|---|---|
| **From:** | Henner, Lindsay Mitchell |
| **To:** | Maiers, Eric J. (Shld-Chi-IP-Tech) |
| **Cc:** | Bowler, John M.; Browne, Robert E.; Sherman, Maja (Assoc-CHI-IP-Tech); Nelson, Cameron (Shld-Chi-IP-Tech); Cronin, Katie (Assoc-CHI-IP-Tech); Tomlinson, Mikhael F. (Assoc-ATL-Ent) |
| **Subject:** | RE: Edible Arrangements / GTI - 3/10 Meet and Confer |
| **Date:** | Wednesday, March 23, 2022 4:19:23 PM |
| **Attachments:** | image001.png |
| | image002.png |

Eric,

I expect to have an update from our vendor tomorrow that will answer your questions, and I will let you know promptly.

Separately, please confirm that Defendants intend to circulate a revised joint motion paper per the discussion with the Court this morning.

Lindsay

**Lindsay Mitchell Henner**
**Associate**

**troutman pepper**
Direct: 404.885.3805 | Mobile: 770.856.4876 | Internal: 11-3805
lindsay.henner@troutman.com

---

**From:** maierse@gtlaw.com <maierse@gtlaw.com>
**Sent:** Wednesday, March 23, 2022 3:39 PM
**To:** Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>
**Cc:** Bowler, John M. <john.bowler@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>; shermanm@gtlaw.com; NelsonC@gtlaw.com; cronink@gtlaw.com; tomlinsonm@gtlaw.com
**Subject:** RE: Edible Arrangements / GTI - 3/10 Meet and Confer

**EXTERNAL SENDER**

Lindsay,

We are working on a draft of Judge Ellis' requested joint status report setting forth the things that still need to be completed in fact discovery and the time needed to complete them, but in order to do so, we need a more definite timeline from you on the below items—even if it is a "no later than" date. I am available discuss now until 3 CT and again after 4 CT. Otherwise, please just let us know the timeline via email.

Thanks,

**Eric J. Maiers**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1036  |  F +1 312.899.0383
maierse@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



**From:** Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>
**Sent:** Tuesday, March 22, 2022 3:44 PM
**To:** Sherman, Maja (Assoc-CHI-IP-Tech) <shermanm@gtlaw.com>; Bowler, John M. <john.bowler@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>
**Cc:** Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>; Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>
**Subject:** RE: Edible Arrangements / GTI - 3/10 Meet and Confer

Maja,

I have followed up on the first three items and will confirm when I am able to.

With respect to the search term collection, over 40GB of data was transferred last week. Our vendor ran additional search processes intended to ensure that nothing was inadvertently excluded as a result of limitations to Outlook's in-program search capability. We are running the agreed search phrases in a preview database to isolate the responsive documents and filter any unusable data to facilitate your review of the files. We are going as fast as the process allows, and will make the production as soon as it is finalized.

We expect to have Kid Incredible witness designations within the next day.

Lindsay

**Lindsay Mitchell Henner**
Associate
**troutman pepper**
Direct: 404.885.3805 | Mobile: 770.856.4876 | Internal: 11-3805
lindsay.henner@troutman.com

**From:** shermanm@gtlaw.com <shermanm@gtlaw.com>
**Sent:** Monday, March 21, 2022 4:47 PM
**To:** Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; Bowler, John M.

<john.bowler@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>
**Cc:** maierse@gtlaw.com; NelsonC@gtlaw.com; cronink@gtlaw.com; tomlinsonm@gtlaw.com
**Subject:** RE: Edible Arrangements / GTI - 3/10 Meet and Confer

**EXTERNAL SENDER**

Counsel,

Nearly a week has passed and we have not received any further information about the below outstanding issues.

Please confirm when Plaintiffs' searches will be complete and further when we can expect the search term production.

- Plaintiffs believe there are at least some additional marketing fund or similar documents and are looking for them.
- Plaintiffs are looking for documents that identify top-level revenue information, and do not intend to use profits information.
- Plaintiffs are looking for a document detailing the ad approval process, but at this point think it is unlikely that one exists.
- Finalization of Plaintiffs' search term email collection has been moved from yesterday to tomorrow given technical issues with cloud-based transfer.

Regards,
Maja

**Maja Sherman**
Associate

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1034  |  C 305 440 6319
shermanm@gtlaw.com  |  www.gtlaw.com   |  View GT Biography



**From:** Sherman, Maja (Assoc-CHI-IP-Tech)
**Sent:** Friday, March 18, 2022 3:31 PM
**To:** 'Henner, Lindsay Mitchell' <Lindsay.henner@troutman.com>; Bowler, John M. <john.bowler@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>
**Cc:** Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>; Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>
**Subject:** RE: Edible Arrangements / GTI - 3/10 Meet and Confer

Lindsay,

Following up on our request that you provide deposition availability for Edible

Arrangements' corporate witness, Mr. Farid, Mr. Sluben, Mr. Bundonis, and Mr. Reynolds.

Thanks.

**Maja Sherman**
Associate

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1034  |  C 305 440 6319
shermanm@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



---

**From:** Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>
**Sent:** Tuesday, March 15, 2022 2:49 PM
**To:** Sherman, Maja (Assoc-CHI-IP-Tech) <shermanm@gtlaw.com>; Bowler, John M. <john.bowler@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>
**Cc:** Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>; Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>
**Subject:** RE: Edible Arrangements / GTI - 3/10 Meet and Confer

**\*EXTERNAL TO GT\***

Counsel,

Further to our discussion on 3/10, we have the following updates:

- Plaintiffs believe there are at least some additional marketing fund or similar documents and are looking for them.
- Plaintiffs are looking for documents that identify top-level revenue information, and do not intend to use profits information.
- Plaintiffs are looking for a document detailing the ad approval process, but at this point think it is unlikely that one exists.
- Finalization of Plaintiffs' search term email collection has been moved from yesterday to tomorrow given technical issues with cloud-based transfer.
- We propose one of the following days to depose Kid Incredible – 3/28, 3/29, or 3/30. Please advise whether you intend this to be a remote deposition.

Lindsay

**Lindsay Mitchell Henner**
**Associate**
**troutman** **pepper**
Direct: 404.885.3805 | Mobile: 770.856.4876 | Internal: 11-3805
lindsay.henner@troutman.com

**From:** shermanm@gtlaw.com <shermanm@gtlaw.com>
**Sent:** Friday, March 11, 2022 3:40 PM
**To:** Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>; Bowler, John M. <john.bowler@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>
**Cc:** maierse@gtlaw.com; NelsonC@gtlaw.com; cronink@gtlaw.com; tomlinsonm@gtlaw.com
**Subject:** Edible Arrangements / GTI - 3/10 Meet and Confer

**EXTERNAL SENDER**

Counsel,

Yesterday's meet and confer is summarized below.

RFP Nos. 1-2
- You confirmed that your production in response to these RFPs is substantially complete.

RFP No. 14
- You confirmed that you will produce responsive documents for the last five years to the extent they exist.
- You further confirmed that you will look for responsive documents going back ten years, and said that you will aim to confirm whether or not responsive documents exist by the end of next week.

RFP No. 43
- The parties have reached an impasse with respect to production of a complete electronic copy of the franchise agreement. GTI will seek appropriate relief from the Court.

RFP Nos. 48-49
- You stated that you will discuss supplementing revenue information with your client and get back to us.
- You stated that you will not rely on profits information and agreed to confirm the same in writing. We request that you confirm this in your response to this email.

RFP Nos. 9-10
- You proposed that we serve interrogatories addressing the subject matter of these RFPs. You further stated that you will ask your client if there is a document on ad approval and, if so, supplement your production with the same.

RFP Nos. 15, 19
- You confirmed that you are looking for additional marketing fund documents and will endeavor to provide a response on this by early next week.

RFP No. 21
- The parties have discussed the nature and scope of this RFP for months and have reached an impasse. GTI will seek appropriate relief from the Court.

RFP Nos. 27, 34-36
- We reiterated the requests in our letter seeking as-served written discovery requests and responses, expert reports, deposition transcripts, and settlement agreements from related litigations addressing the same marks at issue in this case. You indicated that you would not produce those documents.
- Regarding the related third-party subpoenas, we offered to discuss specific cases for inclusion in or exclusion from the search and collection, provided you agreed to produce as-served written discovery requests and responses, expert reports, deposition transcripts, and settlement agreements from those cases, but you would not agree.
- The parties have reached an impasse. GTI will seek appropriate relief from the Court.

As to cease and desist letters, you confirmed that they are being processed for production and will be produced as soon as possible.

As to your search term production, you confirmed the results were in the process of being uploaded to your vendor for processing, that you expected the upload to be complete in one or two days, that the vendor typically processes document production in around three days, and that you would produce the search term results as soon as possible thereafter.

Finally, we asked that you provide deposition availability for Edible Arrangements' corporate witness, Mr. Farid, Mr. Sluben, Mr. Bundonis, Mr. Reynolds, and Kid Incredible LLC by the end of next week.

Regards,
Maja

**Maja Sherman**
Associate

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1034 | C 305 440 6319
shermanm@gtlaw.com | www.gtlaw.com | View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.