# Exhibit X

| | |
|---|---|
| **From:** | Bowler, John M. |
| **To:** | Maiers, Eric J. (Shld-Chi-IP-Tech); Henner, Lindsay Mitchell |
| **Cc:** | Browne, Robert E.; Nelson, Cameron (Shld-Chi-IP-Tech); Cronin, Katie (Assoc-CHI-IP-Tech); Sherman, Maja (Assoc-CHI-IP-Tech); Tomlinson, Mikhael F. (Assoc-ATL-Ent) |
| **Subject:** | RE: Edible Arrangements v. GTI - April 7 Hearing Follow-up |
| **Date:** | Tuesday, May 31, 2022 6:14:20 PM |
| **Attachments:** | image001.png |

Hi Eric,

My understanding is Lindsay is out of the office and ill with a positive Covid-19 diagnosis. I haven't caught up with Lindsay since I returned to the office today from my family vacation last week. I'm reviewing your various proposed motions and will up catch up with Lindsay as she's able about your correspondence and where we're at on these matters.

Thanks.

John

## John M. Bowler
**Partner**

**troutman pepper**
Direct: 404.885.3190 | Internal: 11-3190
john.bowler@troutman.com

---

**From:** maierse@gtlaw.com <maierse@gtlaw.com>
**Sent:** Tuesday, May 31, 2022 6:47 PM
**To:** Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>
**Cc:** Bowler, John M. <john.bowler@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>; NelsonC@gtlaw.com; cronink@gtlaw.com; shermanm@gtlaw.com; tomlinsonm@gtlaw.com
**Subject:** RE: Edible Arrangements v. GTI - April 7 Hearing Follow-up

**EXTERNAL SENDER**

Lindsay,

We would prefer some basic communication. All three of the motions we sent over last week involve issues on which our communications have gone unanswered for a month or longer.

If you need until Thursday AM to provide your responsive portions to the motions, that's fine.

You make a vague reference to "remaining productions" that you are finalizing. What documents are you producing, and when are you producing them? If you believe a forthcoming production will moot any of our motions, we are happy to discuss and to consider withdrawing the relevant motion.

I am available to discuss yet this evening, and I am fairly free tomorrow and before 11 AM CT Thursday as well.

Thanks,

**Eric J. Maiers**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1036  |  F +1 312.899.0383
maierse@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>
**Sent:** Friday, May 27, 2022 8:04 PM
**To:** Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>
**Cc:** Bowler, John M. <john.bowler@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>; Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Sherman, Maja (Assoc-CHI-IP-Tech) <shermanm@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>
**Subject:** Re: Edible Arrangements v. GTI - April 7 Hearing Follow-up

Eric,

If you'd prefer us to continue to respond to your serial motions rather than finalize our remaining productions, that's your prerogative. However, we will not be preparing responses to three motions over the holiday weekend to meet an arbitrary deadline that will not impact the date of presentment.

Lindsay



**Lindsay Mitchell Henner**
**Associate**
**troutman** pepper
Direct: 404.885.3805 | Mobile: 770.856.4876 | Internal: 11-3805
lindsay.henner@troutman.com


> On May 27, 2022, at 8:30 PM, maierse@gtlaw.com wrote:

**EXTERNAL SENDER**

Lindsay,

Having not received a response on this despite the passage of more than a month, we have prepared the attached motion to compel. We plan to file next Wednesday. Please provide your edits by then.

Thanks,

**Eric J. Maiers**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1036  |  F +1 312.899.0383
maierse@gtlaw.com    |    www.gtlaw.com    |    View GT Biography

---

**From:** Sherman, Maja (Assoc-CHI-IP-Tech) <shermanm@gtlaw.com>
**Sent:** Monday, April 25, 2022 1:07 PM
**To:** Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>; Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>
**Cc:** Bowler, John M. <john.bowler@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>; Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>
**Subject:** RE: Edible Arrangements v. GTI - April 7 Hearing Follow-up

Lindsay, we are following up on our inquiries below. Please confirm.

**Maja Sherman**
Associate

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1034  |  C 305 440 6319
shermanm@gtlaw.com    |    www.gtlaw.com    |    View GT Biography

---

**From:** Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>
**Sent:** Wednesday, April 20, 2022 10:21 AM
**To:** Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>
**Cc:** Bowler, John M. <john.bowler@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>; Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>; Sherman, Maja (Assoc-CHI-IP-Tech) <shermanm@gtlaw.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>
**Subject:** RE: Edible Arrangements v. GTI - April 7 Hearing Follow-up

Lindsay,

We appreciate your looking into our questions on the litigation. However, we cannot keep working under vague, open-ended timelines and need something more concrete from you. We appreciate that some of the cases on our list will require reaching out to other firms and that their response timing is out of your hands to some extent. However, 11 of the 25 cases were handled by Troutman or Plaintiffs' in-house counsel. Are you able to get back to us on those cases by Tuesday? In no, then by when? As for the other cases, can you commit to making the inquiries with them this week in the interest of moving the process along?

With respect to the production you are working on cleaning up this week and producing "shortly thereafter," please provide a more definite date by which that production will be completed. We have seen similar promises in the past turn into weeks.

Finally, with respect to the franchise agreement table of contents, it is unclear why that cannot be provided, frankly, today, as it would seem to us a simple matter of copy-and-paste. Please provide the TOC or otherwise explain the delay.

Thanks,

**Eric J. Maiers**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1036 | F +1 312.899.0383
maierse@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Henner, Lindsay Mitchell <Lindsay.henner@troutman.com>
**Sent:** Tuesday, April 19, 2022 7:21 PM
**To:** Maiers, Eric J. (Shld-Chi-IP-Tech) <maierse@gtlaw.com>
**Cc:** Bowler, John M. <john.bowler@troutman.com>; Browne, Robert E. <Robert.Browne@troutman.com>; Nelson, Cameron (Shld-Chi-IP-Tech) <NelsonC@gtlaw.com>; Sherman, Maja (Assoc-CHI-IP-Tech) <shermanm@gtlaw.com>; Cronin, Katie (Assoc-CHI-IP-Tech) <cronink@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>
**Subject:** RE: Edible Arrangements v. GTI - April 7 Hearing Follow-up

**\*EXTERNAL TO GT\***

Eric,

The Court ordered the exact compromise positions we offered to GTI prior to the hearing, which GTI declined. Notwithstanding unnecessary time and attention paid to motion practice as a result, we have been diligently working with our client to deal with collections and productions related to these items <u>and others</u> that are pending. As I already stated in

our conferral on Friday, we are working on clean up collection this week and intend to make a production shortly thereafter.

Your narrowing as to prior litigation documents is noted, and we will promptly look into the questions asked below, but cannot agree to an arbitrary deadline of next Tuesday by which to assess with our client 25 matters handled by seven different firms.

**Lindsay Mitchell Henner**
**Associate**
**troutman pepper**
Direct: 404.885.3805 | Mobile: 770.856.4876 | Internal: 11-3805
[lindsay.henner@troutman.com](mailto:lindsay.henner@troutman.com)

---

**From:** [maierse@gtlaw.com](mailto:maierse@gtlaw.com) <[maierse@gtlaw.com](mailto:maierse@gtlaw.com)>
**Sent:** Tuesday, April 19, 2022 7:51 PM
**To:** Henner, Lindsay Mitchell <[Lindsay.henner@troutman.com](mailto:Lindsay.henner@troutman.com)>
**Cc:** Bowler, John M. <[john.bowler@troutman.com](mailto:john.bowler@troutman.com)>; Browne, Robert E. <[Robert.Browne@troutman.com](mailto:Robert.Browne@troutman.com)>; [NelsonC@gtlaw.com](mailto:NelsonC@gtlaw.com); [shermanm@gtlaw.com](mailto:shermanm@gtlaw.com); [cronink@gtlaw.com](mailto:cronink@gtlaw.com); [tomlinsonm@gtlaw.com](mailto:tomlinsonm@gtlaw.com)
**Subject:** Edible Arrangements v. GTI - April 7 Hearing Follow-up

**EXTERNAL SENDER**

Lindsay,

It has been nearly two weeks since the April 7 hearing in which the Court ordered Plaintiffs to produce the ~90 customer complaints you identified and the table of contents for the franchise agreement, but we have yet to receive either of those categories of documents. Please provide both by the end of the week.

Regarding Judge Ellis' request that we further narrow our request for documents from prior litigations, we have narrowed the list of pertinent cases to the attached, each of which we have confirmed involves at least one of the marks asserted in this case, and in the vast majority of which, Edible Arrangements either represented itself or was represented by Troutman or Cowan. To further narrow our request, we will withdraw our request for copies of written discovery responses. As for the remaining categories of documents we have been seeking—settlement agreements, deposition transcripts and expert reports—we maintain that each settlement agreement from the attached list of cases is relevant to the scope of Plaintiffs' alleged rights and to damages and that locating those agreements should be a relatively easy exercise. Regarding deposition transcripts and expert reports, we maintain our request in part, in that depending on who was deposed and on what subjects experts opined, we may seek the production of certain specific deposition transcripts and expert reports. However, in order to make that determination, we need certain information from Plaintiffs, namely, for each of the cases identified in the attached:

1. Were any expert reports served?
    a. If so, for each expert:
        i. Who was the expert?
        ii. On which party's behalf did they opine?
        iii. What was the nature of the opinion(s) (e.g., damages, confusion, fame, secondary meaning, genericness), including any rebuttal reports?
        iv. Was the expert deposed?
2. Were any fact witnesses deposed?
    a. If so:
        i. Who?
        ii. On which party's behalf, including third parties, did they testify?
            1. If they were a party witnesses, were they a 30(b)(6) designee?

We ask that you provide the above information by this time next week, so that we can address this dispute in an efficient manner.

Thanks,

**Eric J. Maiers**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1036 | F +1 312.899.0383
maierse@gtlaw.com | www.gtlaw.com | View GT Biography

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.