# Exhibit BB

| | |
|---|---|
| **From:** | Solesse L. Altman |
| **To:** | Nelson, Cameron (Shld-Chi-IP-Tech); Maiers, Eric J. (Shld-Chi-IP-Tech) |
| **Cc:** | Jason J. Carter; E. Allen Page; Catherine D. Anderson; Cronin, Katie (Assoc-CHI-IP-Tech); Sherman, Maja (Assoc-CHI-IP-Tech); Tomlinson, Mikhael F. (Assoc-ATL-Ent) |
| **Subject:** | Document Production |
| **Date:** | Monday, November 21, 2022 1:22:10 PM |

**\*EXTERNAL TO GT\***

Cam and Eric,

I'm writing with an update on the discovery related to your two motions to compel.

First, as to your request for additional documents related to advertising, I was able to meet with Ms. Silber despite her being on maternity leave. She was able to confirm that the spreadsheet already produced for the marketing budget (EDIBLE_023169) contains the level of detail kept by Edible. Edible does not maintain records with a more granular detail. Additionally, I asked her about the discussion at her deposition surrounding "campaigns." Based on that conversation, I think there was a misunderstanding surrounding the meaning of that word. While "campaign" might be used by some to discuss, for example, the advertising plan surrounding a holiday, Ms. Silber was using "campaign" differently. Advertising agencies often use this term on a much more granular level. Examples of this can be seen at EDIBLE_020853 (for emails) and EDIBLE_022901 (for Google search terms). Edible does not keep track of these "campaigns."

That being said, Ms. Silber was able to identify a handful of documents kept with All Points Digital that may be responsive to your request. We asked APD for any of those documents, from 2018 to 2020, and we are producing those today. This supplemental production is located at the following link: https://bmelaw.sharefile.com/d-s22f7ff434346430fa203da3b1e5e5d03. These documents span EDIBLE_050652 - EDIBLE_050666. A password will follow in a subsequent email. Please let me know if you would like to set up a call to discuss any questions about my conversation with Ms. Silber.

Second, as to your request for additional sales data, I appreciate the call we recently had. It was extremely helpful in narrowing down our search. As for the data on CBD sales from the various physical locations, I am still working to confirm whether Edible has this data or not. It is my understanding that it is kept with the individual store locations, not with Edible itself. We are able to provide store-level data for non-CBD products. However, this is an extremely large amount of data that cannot simply be converted into a spreadsheet. I think it makes sense to have a discussion about the best way for this data to be produced, and I am happy to set up a call to do so.

Thanks,
Sunny

# Solesse L. Altman

**BONDURANT MIXSON & ELMORE** LLP

One Atlantic Center | 1201 West Peachtree Street NW
Suite 3900 | Atlanta, GA 30309

P: 404.881.4113     F: 404.881.4111    E: altman@bmelaw.com

www.bmelaw.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately by telephone (404.881.4113) or by electronic mail (altman@bmelaw.com) and destroy the original message, any attachments thereto and all copies and backups thereof. Thank you.