# Exhibit 1



134 N. LaSalle Street, #1410, Chicago, IL 60602
(312) 855-0303
IL License No.: 117.000885

Greenberg Traurig, LLP **Invoice #:306901**
77 West Wacker Drive, Suite 3100
Chicago, IL 60601 **Date: 12/14/2021**
Sec: Sambath Meas

**INVOICE FOR SERVICE**

Servee: World Media Group, LLC
Address: 90 Washington Valley Road, 1128, Bedminster, NJ
07921 **OOS - MW/NE Rush Non Service** 220.00
Case Number: 1:20-cv-05840
Client Reference: 180818.034100 - Green Thumb
Date: 11/17/2021

**BALANCE:** **$220.00**

**Please make checks payable to** PAYMENT TERMS: DUE ACH payments are accepted
**IT'S YOUR SERVE INC.** UPON RECEIPT through the "Client Portal" selection on
**134 N. LASALLE STREET SUITE 1410** our website: www.itsyourserve.com
**CHICAGO, IL 60602**



| | |
|---|---|
| **From:** | Sandy Sterrett <Sandy@itsyourserve.com> |
| **Sent:** | Tuesday, December 14, 2021 1:38 PM |
| **To:** | meass@gtlaw.com |
| **Cc:** | send invoice |
| **Subject:** | Re:180818.034100 - Green Thumb Invoice 306901 for Greenberg Traurig |
| **Attachments:** | 306901.pdf |

## Please note our new Suite number - 1410!

Hello,

Thank you for using It's Your Serve. Attached is your Invoice.

**Please note that we are now It's Your Serve.** For all orders after August 20th, 2021, please use our updated information to access your information online and pay your invoice:

- **Pay via check:**
  - **It's Your Serve**
    **134 N. LaSalle St. #1410**
    **Chicago, IL 60602**

- **Pay online (ACH payment – direct to checking account):**
  - Access our It's Your Serve client portal at **www.itsyourserve.com/client-portal-1**
  - Select "Request New Account"
  - We will send you your login credentials within one business day!
  - Sign in using your login credentials, add your payment information, and pay your invoices directly.
  - **See here for more detailed instructions** to access the client portal.

Thank you and have a great day,
Sandy



Sandy Sterrett | Accounting Supervisor
**It's Your Serve**
134 N LaSalle St | Suite 1410
Chicago, Illinois 60602
Direct: 312-855-0303 ext. 106
www.itsyourserve.com

Please note that as of August 21, 2021, It's Your Serve will service all ATG LegalServe business. Please visit us at www.itsyourserve.com. The main phone number is 312-855-0303. Please email me at sandy@itsyourserve.com. Thank you.

The contents of this email message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and its attachments. Do not deliver, distribute, or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.



134 N. LaSalle Street, #1410, Chicago, IL 60602
(312) 855-0303
IL License No.: 117.000885

Greenberg Traurig, LLP                                   **Invoice #:306994**
77 West Wacker Drive, Suite 3100
Chicago, IL 60601                                        **Date: 12/14/2021**
Sec: Sammi Meas

**INVOICE FOR SERVICE**

| | | |
|---|---|---|
| Servee: Heather Joyner and Fran Paradine dba Incredible Edibles | | |
| Address: 883 Highland Avenue SE, Hickory, NC 28602 | **OOS - S/W Rush Service** | **235.00** |
| Case Number: 1:20-cv-05840 | | |
| Client Reference: 180818.034100 | | |
| Date: 11/18/2021 | | |
| | | |
| Servee: Heather Joyner and Fran Paradine dba Incredible Edibles | | |
| Address: 883 Highland Avenue SE, Hickory, NC 28602 | **Additional Affidavit** | **50.00** |
| Case Number: 1:20-cv-05840 | **Witness & Mileage Fee** | **40.00** |
| Client Reference: 180818.034100 | | |
| Date: 11/18/2021 | | |
| | | |
| Servee: George Chatzopoulos dba Incredible Edibles | | |
| Address: 110 Glastonbury Blvd., Glastonbury, CT 06033 | **OOS - MW/NE Rush Non Service** | **220.00** |
| Case Number: 1:20-cv-05840 | | |
| Client Reference: 180818.034100 | | |
| Date: 11/20/2021 | | |
| | | |
| Servee: George Chatzopoulos dba Incredible Edibles | | |
| Address: 110 Glastonbury Blvd., Glastonbury, CT 06033 | **Additional Affidavit** | **50.00** |
| Case Number: 1:20-cv-05840 | | |
| Client Reference: 180818.034100 | | |
| Date: 11/20/2021 | | |
| | | |
| Servee: George Chatzopoulos dba Incredible Edibles | | |
| Address: 20 Indian River Road, Orange, CT 06477 | **OOS - MW/NE Rush Non Service** | **220.00** |
| Case Number: 1:20-cv-05840 | | |
| Client Reference: 180818.034100 | | |
| Date: 11/20/2021 | | |
| | | |
| Servee: George Chatzopoulos dba Incredible Edibles | | |
| Address: 20 Indian Post Road, Orange, CT 06477 | **Additional Affidavit** | **50.00** |
| Case Number: 1:20-cv-05840 | | |
| Client Reference: 180818.034100 | | |
| Date: 11/20/2021 | | |

| | **Witness & Mileage Fee** | **40.00** |

Servee: George Chatzopoulos dba Incredible Edibles
Address: 321 Boston Post Road, Orange, CT 06477
Case Number: 1:20-cv-05840
Client Reference: 180818.034100
Date: 11/20/2021

| | **OOS - MW/NE Rush Service** | **220.00** |

Servee: George Chatzopoulos dba Incredible Edibles
Address: 321 Boston Post Road, Orange, CT 06477
Case Number: 1:20-cv-05840
Client Reference: 180818.034100
Date: 10/20/2021

| | **Additional Affidavit - Non-Service** | **50.00** |

**BALANCE:** **$1,175.00**

**Please make checks payable to**
**IT'S YOUR SERVE INC.**
**134 N. LASALLE STREET SUITE 1410**
**CHICAGO, IL 60602**

PAYMENT TERMS: DUE
UPON RECEIPT

ACH payments are accepted
through the "Client Portal" selection on
our website: www.itsyourserve.com



| | |
|---|---|
| **From:** | MeasS@gtlaw.com |
| **Sent:** | Wednesday, December 15, 2021 7:42 AM |
| **To:** | Capture.GTLaw@chromefile.com |
| **Subject:** | FW: Re:180818.034100 Invoice 306994 for Greenberg Traurig... |
| **Attachments:** | 306994.pdf |

**Sambath Meas**
**Paralegal**

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.364.1623   | F +1 312.899.0425   | C +1 847.513.3290
MeasS@gtlaw.com | www.gtlaw.com

---

**From:** Sandy Sterrett <Sandy@itsyourserve.com>
**Sent:** Wednesday, December 15, 2021 9:36 AM
**To:** Meas, Sambath (Para-Chi-LT) <MeasS@gtlaw.com>
**Cc:** ChromeRiver Invoice Scanning <Capture.GTLaw@chromefile.com>
**Subject:** Re:180818.034100 Invoice 306994 for Greenberg Traurig...

**\*EXTERNAL TO GT\***

**Please note our new Suite number - 1410!**

Hello,

Thank you for using It's Your Serve. Attached is your Invoice.

**Please note that we are now It's Your Serve.** For all orders after August 20th, 2021, please use our **updated information to access your information online and pay your invoice:**

- **Pay via check:**
    - **It's Your Serve**
      **134 N. LaSalle St. #1410**
      **Chicago, IL 60602**

- **Pay online (ACH payment – direct to checking account):**
    - Access our It's Your Serve client portal at **www.itsyourserve.com/client-portal-1**
    - Select "Request New Account"
    - We will send you your login credentials within one business day!
    - Sign in using your login credentials, add your payment information, and pay your invoices directly.
    - **See here for more detailed instructions** to access the client portal.

Thank you and have a great day,
Sandy



**Sandy Sterrett | Accounting Supervisor**
**It's Your Serve**
134 N LaSalle St | Suite 1410
Chicago, Illinois 60602
Direct: 312-855-0303 ext. 106
www.itsyourserve.com

Please note that as of August 21, 2021, It's Your Serve will service all ATG LegalServe business. Please visit us at www.itsyourserve.com. The main phone number is 312-855-0303. Please email me at sandy@itsyourserve.com. Thank you.

The contents of this email message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and its attachments. Do not deliver, distribute, or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

# *LaSalle Process Servers L.P.*

# Invoice

**105 W. Madison St. Ste 1306**
**Chicago, Il. 60602**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

| DATE | INVOICE # |
|------|-----------|
| 4/8/2022 | 63402 |

| BILL TO |
|---------|
| Greenberg Traurig |
| 77 W. Wacker Dr. |
| Suite 2800 |
| Chicago, Illinois 60601 |
| Attn:Sambath Meas |

| CASE INFO |
|-----------|
| Edible IP, et al. |
| vs. |
| Green Thumb, et al. |
| 1 20 cv 5840 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 640.00 |
| Witness fees advanced | 52.72 |
| Subpoena<br>Husain Abdullah x2<br>Calls at addresses given and found in Frisco & Richardson, TX | |
| CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION. | |
| ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT. | |
| ALL INVOICES MUST BE PAID IN FULL WITHIN 30 DAYS. IF ANY INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN PAID IN FULL. | |
| CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432 | |

| THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 15 DAYS. | **Total** | $692.72 |
|---|---|---|

| | |
|---|---|
| **From:** | maierse@gtlaw.com |
| **Sent:** | Friday, May 13, 2022 12:37 PM |
| **To:** | Capture.GTLaw@chromefile.com |
| **Subject:** | 180818.034100 |
| **Attachments:** | greenberg3.pdf; greenberg4.pdf; greenberg5.pdf |

**From:** LaSalle Process Servers <lps1306@aol.com>
**Sent:** Friday, May 13, 2022 1:42 PM
**To:** Horwitz, Barry (Shld-Chi-IP-Tech) <horwitzb@gtlaw.com>
**Subject:** all open invoices

**\*EXTERNAL TO GT\***

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

1

# *LaSalle Process Servers L.P.*

# Invoice

**105 W. Madison St. Ste 1306**
**Chicago, Il. 60602**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

| DATE | INVOICE # |
|------|-----------|
| 4/1/2022 | 63357 |

| BILL TO | CASE INFO |
|---------|-----------|
| Greenberg Traurig<br>77 W. Wacker Dr.<br>Suite 2800<br>Chicago, Illinois 60601<br>Attn:Sambath Meas | Edible IP, et al.<br>vs.<br>Green Thumb, et al.<br>1 20 cv 5840 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 700.00 |
| 2 Subpoenas<br>1. Owen Jarmoc<br>2. Jarmoc Farms, LLC<br>Calls at addresses given and found in Enfield & Somers, CT | |
| CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.<br><br>ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.<br><br>ALL INVOICES MUST BE PAID IN FULL WITHIN 30 DAYS. IF ANY INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN PAID IN FULL.<br><br>CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432 | |

| THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 15 DAYS. | **Total** | $700.00 |

| | |
|---|---|
| **From:** | maierse@gtlaw.com |
| **Sent:** | Friday, May 13, 2022 12:37 PM |
| **To:** | Capture.GTLaw@chromefile.com |
| **Subject:** | 180818.034100 |
| **Attachments:** | greenberg3.pdf; greenberg4.pdf; greenberg5.pdf |

**From:** LaSalle Process Servers <lps1306@aol.com>
**Sent:** Friday, May 13, 2022 1:42 PM
**To:** Horwitz, Barry (Shld-Chi-IP-Tech) <horwitzb@gtlaw.com>
**Subject:** all open invoices

**\*EXTERNAL TO GT\***

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

1

# *LaSalle Process Servers L.P.*

# Invoice

**105 W. Madison St. Ste 1306**
**Chicago, Il. 60602**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

| DATE | INVOICE # |
|------|-----------|
| 3/9/2022 | 63273 |

| BILL TO |
|---------|
| Greenberg Traurig |
| 77 W. Wacker Dr. |
| Suite 2800 |
| Chicago, Illinois 60601 |
| Attn:Sambath Meas |

| CASE INFO |
|-----------|
| Edible IP, et al. |
| vs. |
| Green Thumb, et al. |
| 1 20 cv 5840 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 1,570.00 |
| Witness fees advanced | 57.00 |
| | |
| 6 Subpoenas | |
| 1. Brooks Pierce McLendon Humphrey & Leonard | |
| 2. Cowan, Liebowitz & Latman | |
| 3. McKool Smith PC | |
| 4. Kasheta Farms, Inc. | |
| 5. Williams Walsh & O'Connor | |
| 6. Bill Sluben | |
| Calls at addresses given in Marietta, GA, South Windsor & North Haven, CT, New York, NY & Greensboro, NC | |
| Same day rush | |
| | |
| CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION. ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT. ALL INVOICES MUST BE PAID IN FULL WITHIN 30 DAYS. IF ANY INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN PAID IN FULL. | |
| | |
| CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432 | |

| THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 15 DAYS. | **Total** | $1,627.00 |
|---|---|---|

| | |
|---|---|
| **From:** | maierse@gtlaw.com |
| **Sent:** | Friday, May 13, 2022 12:37 PM |
| **To:** | Capture.GTLaw@chromefile.com |
| **Subject:** | 180818.034100 |
| **Attachments:** | greenberg3.pdf; greenberg4.pdf; greenberg5.pdf |

**From:** LaSalle Process Servers <lps1306@aol.com>
**Sent:** Friday, May 13, 2022 1:42 PM
**To:** Horwitz, Barry (Shld-Chi-IP-Tech) <horwitzb@gtlaw.com>
**Subject:** all open invoices

**\*EXTERNAL TO GT\***

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.



Irving Botwinick, Founder
New York State Professional Process Servers
Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington

**SERVING**
by **IRVING INC.**
*"Serving the Legal Community Since 1977."*

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.

**\*\*PLEASE SUBMIT INVOICE TO ACCOUNTING FOR PAYMENT UPON RECEIPT\*\***

June 28, 2022

ATTN: SAMBATH MEAS

GREENBERG TRAURIG, LLP
77 WEST WACKER DRIVE, SUITE 3100
CHICAGO, IL 60601

CM# 180818.034100
INVOICE# JM-1159

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Edible IP, LLC and Edible Arrangements, LLC | Green Thumb Industries Inc. and MC Brands, LLC | Subpoena Same Day Emergency Service on Cowan, Liebowitz & Latman, P.C. | $375.00 |
| | | -30% Discount | $112.50 |
| | | BALANCE: | $262.50 |
| | | +Printing Fees | $ 13.20 |
| | | +FedEx | $ 25.00 |
| | | FINAL BILL: | $300.70 |

**DUE UPON RECEIPT**

**\*\*PLEASE SUBMIT INVOICE TO ACCOUNTING FOR PAYMENT UPON RECEIPT\*\***

*WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635*
18 EAST 41st STREET, SUITE 1600 • NEW YORK, NEW YORK 10017
(212) 233-3346 • Fax (212) 349-0338
e-mail: info@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

| From: | SchaefferC@gtlaw.com |
|---|---|
| Sent: | Tuesday, June 28, 2022 1:19 PM |
| To: | Capture.GTLaw@chromefile.com |
| Cc: | SchaefferC@gtlaw.com; MeasS@gtlaw.com; ZavalaF@gtlaw.com |
| Subject: | 6-28-22 Inv from SBI JM-1159 re Green Thumb Subpoena 180818.034100 for Sammi Meas, Chicago GT.pdf |
| Attachments: | 6-28-22 Inv from SBI JM-1159 re Green Thumb Subpoena 180818.034100 for Sammi Meas, Chicago GT.pdf |

Hi All

Please pay the attached invoice JM-1159 from Serving By Irving, CM#
180818.034100.  It is approved for payment.  It was for service of process of a subpoena
upon a non-party company, Cowan Leibowitz & Laitman.  Thank you.

**Christy Schaeffer**
Managing Clerk

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.2282 | F +1 212.224.6138 | C +1 917.825.9304
SchaefferC@gtlaw.com | www.gtlaw.com



If you are not an intended recipient of confidential and privileged information in this email, please delete it,
notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

Irving Botwinick, Founder
New York State Professional Process Servers
Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington



**SERVING**
*by* **IRVING INC.**
*"Serving the Legal Community Since 1977."*
October 4, 2022

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.

ATTN: SAMBATH MEAS

GREENBERG TRAURIG, LLP
77 WEST WACKER DRIVE, SUITE 3100
CHICAGO, IL 60601

CM# 180818.034100
INVOICE# JM-1426

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Edible IP, LLC and Edible Arrangements, LLC | Green Thumb Industries Inc. and MC Brands, LLC | Subpoena Emergency Service Attempted Service on Ronald Reynolds In Fairport, NY | $775.00 |
| | | -30% Discount | $232.50 |
| | | BALANCE: | $542.50 |
| | | +Expenditures | $ 14.50 |
| | | +Printing Fees | $  5.70 |
| | | **FINAL BILL:** | $562.70 |

**DUE UPON RECEIPT**

| From: | Eric.Maiers@gtlaw.com |
|---|---|
| Sent: | Tuesday, October 04, 2022 11:39 AM |
| To: | Capture.GTLaw@chromefile.com |
| Subject: | FW: Client/Matter: 180818.034100 - Service of Subpoenas |
| Attachments: | JM-1425.pdf; JM-1426.pdf |

**Eric J. Maiers**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1036 | F +1 312.899.0383
Eric.Maiers@gtlaw.com | www.gtlaw.com | View GT Biography

 GreenbergTraurig

**From:** Jenny Mui <JMui@servingbyirving.com>
**Sent:** Tuesday, October 4, 2022 1:05 PM
**To:** John DiCanio <John@servingbyirving.com>; Meas, Sambath (Para-Chi-LT) <MeasS@gtlaw.com>
**Cc:** Maiers, Eric J. (Shld-Chi-IP-Tech) <Eric.Maiers@gtlaw.com>; Sherman, Maja (Assoc-CHI-IP-Tech) <shermanm@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>; Gabriela Galindo <Gabriela@servingbyirving.com>; Hailey Weng <Hailey@servingbyirving.com>
**Subject:** RE: Client/Matter: 180818.034100 – Service of Subpoenas

Good Afternoon,

Attached our invoice# JM-1425 & JM-1426 for this service.  Please kindly process for prompt payment.  Thank you!

Sincerely,
Jenny Mui
Serving By Irving Inc.
18 East 41st Street, Suite 1600
New York, NY 10017
Tel.  (212) 233-3346
Fax.  (212) 349-0338
www.servingbyirving.com
JMui@servingbyirving.com

*"If they're alive we'll serve them; if they're dead, we'll tell you where they're buried."*
Click here to check us out on YouTube!

1

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.



Irving Botwinick, Founder
New York State Professional Process Servers
Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.

*SERVING by IRVING INC.*
*"Serving the Legal Community Since 1977."*
October 4, 2022

ATTN: SAMBATH MEAS

GREENBERG TRAURIG, LLP
77 WEST WACKER DRIVE, SUITE 3100
CHICAGO, IL 60601

CM# 180818.034100
INVOICE# JM-1425

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|-----------|-----------|---------|--------|
| Edible IP, LLC and Edible Arrangements, LLC | Green Thumb Industries Inc. and MC Brands, LLC | Subpoena Emergency Service Attempted Service on Ronald Reynolds In Weston, CT | $925.00 |
| | | 3 Hours | |
| | | -30% Discount | $277.50 |
| | | BALANCE: | $647.50 |
| | | +Expenditures | $ 14.50 |
| | | +Printing Fees | $  5.70 |
| | | FINAL BILL: | $667.70 |

DUE UPON RECEIPT

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
18 EAST 41st STREET, SUITE 1600 • NEW YORK, NEW YORK 10017
(212) 233-3346 • Fax (212) 349-0338
e-mail: info@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

| From: | Eric.Maiers@gtlaw.com |
|---|---|
| Sent: | Tuesday, October 04, 2022 11:39 AM |
| To: | Capture.GTLaw@chromefile.com |
| Subject: | FW: Client/Matter: 180818.034100 - Service of Subpoenas |
| Attachments: | JM-1425.pdf; JM-1426.pdf |

**Eric J. Maiers**
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.456.1036 | F +1 312.899.0383
Eric.Maiers@gtlaw.com | www.gtlaw.com | View GT Biography

**GT GreenbergTraurig**

**From:** Jenny Mui <JMui@servingbyirving.com>
**Sent:** Tuesday, October 4, 2022 1:05 PM
**To:** John DiCanio <John@servingbyirving.com>; Meas, Sambath (Para-Chi-LT) <MeasS@gtlaw.com>
**Cc:** Maiers, Eric J. (Shld-Chi-IP-Tech) <Eric.Maiers@gtlaw.com>; Sherman, Maja (Assoc-CHI-IP-Tech) <shermanm@gtlaw.com>; Tomlinson, Mikhael F. (Assoc-ATL-Ent) <tomlinsonm@gtlaw.com>; Gabriela Galindo <Gabriela@servingbyirving.com>; Hailey Weng <Hailey@servingbyirving.com>
**Subject:** RE: Client/Matter: 180818.034100 – Service of Subpoenas

Good Afternoon,

Attached our invoice# JM-1425 & JM-1426 for this service.  Please kindly process for prompt payment.  Thank you!

Sincerely,
Jenny Mui
Serving By Irving Inc.
18 East 41ˢᵗ Street, Suite 1600
New York, NY 10017
Tel.  (212) 233-3346
Fax.  (212) 349-0338
www.servingbyirving.com
JMui@servingbyirving.com

*"If they're alive we'll serve them; if they're dead, we'll tell you where they're buried."*
Click here to check us out on YouTube!

1

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.