# Exhibit 3



134 N. LaSalle Street, #1410, Chicago, IL 60602
(312) 855-0303
IL License No.: 117.000885

Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Sec: Sammi Meas

**Invoice #:306994**

**Date: 12/14/2021**

**INVOICE FOR SERVICE**

| Servee / Address / Case / Reference / Date | Service | Amount |
|---|---|---|
| Servee: Heather Joyner and Fran Paradine dba Incredible Edibles<br>Address: 883 Highland Avenue SE, Hickory, NC 28602<br>Case Number: 1:20-cv-05840<br>Client Reference: 180818.034100<br>Date: 11/18/2021 | **OOS - S/W Rush Service** | 235.00 |
| Servee: Heather Joyner and Fran Paradine dba Incredible Edibles<br>Address: 883 Highland Avenue SE, Hickory, NC 28602<br>Case Number: 1:20-cv-05840<br>Client Reference: 180818.034100<br>Date: 11/18/2021 | **Additional Affidavit**<br>**Witness & Mileage Fee** | 50.00<br>40.00 |
| Servee: George Chatzopoulos dba Incredible Edibles<br>Address: 110 Glastonbury Blvd., Glastonbury, CT 06033<br>Case Number: 1:20-cv-05840<br>Client Reference: 180818.034100<br>Date: 11/20/2021 | **OOS - MW/NE Rush Non Service** | 220.00 |
| Servee: George Chatzopoulos dba Incredible Edibles<br>Address: 110 Glastonbury Blvd., Glastonbury, CT 06033<br>Case Number: 1:20-cv-05840<br>Client Reference: 180818.034100<br>Date: 11/20/2021 | **Additional Affidavit** | 50.00 |
| Servee: George Chatzopoulos dba Incredible Edibles<br>Address: 20 Indian River Road, Orange, CT 06477<br>Case Number: 1:20-cv-05840<br>Client Reference: 180818.034100<br>Date: 11/20/2021 | **OOS - MW/NE Rush Non Service** | 220.00 |
| Servee: George Chatzopoulos dba Incredible Edibles<br>Address: 20 Indian Post Road, Orange, CT 06477<br>Case Number: 1:20-cv-05840<br>Client Reference: 180818.034100<br>Date: 11/20/2021 | **Additional Affidavit** | 50.00 |

| | | |
|---|---|---|
| | **Witness & Mileage Fee** | 40.00 |
| Servee: George Chatzopoulos dba Incredible Edibles<br>Address: 321 Boston Post Road, Orange, CT 06477<br>Case Number: 1:20-cv-05840<br>Client Reference: 180818.034100<br>Date: 11/20/2021 | **OOS - MW/NE Rush Service** | 220.00 |
| Servee: George Chatzopoulos dba Incredible Edibles<br>Address: 321 Boston Post Road, Orange, CT 06477<br>Case Number: 1:20-cv-05840<br>Client Reference: 180818.034100<br>Date: 10/20/2021 | **Additional Affidavit - Non-Service** | 50.00 |

**BALANCE:** $1,175.00

**Please make checks payable to**
**IT'S YOUR SERVE INC.**
**134 N. LASALLE STREET SUITE 1410**
**CHICAGO, IL 60602**

PAYMENT TERMS: DUE UPON RECEIPT

ACH payments are accepted through the "Client Portal" selection on our website: www.itsyourserve.com



| | |
|---|---|
| From: | MeasS@gtlaw.com |
| Sent: | Wednesday, December 15, 2021 7:42 AM |
| To: | Capture.GTLaw@chromefile.com |
| Subject: | FW: Re:180818.034100 Invoice 306994 for Greenberg Traurig... |
| Attachments: | 306994.pdf |

**Sambath Meas**
Paralegal

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.364.1623 | F +1 312.899.0425 | C +1 847.513.3290
MeasS@gtlaw.com | www.gtlaw.com

---

**From:** Sandy Sterrett <Sandy@itsyourserve.com>
**Sent:** Wednesday, December 15, 2021 9:36 AM
**To:** Meas, Sambath (Para-Chi-LT) <MeasS@gtlaw.com>
**Cc:** ChromeRiver Invoice Scanning <Capture.GTLaw@chromefile.com>
**Subject:** Re:180818.034100 Invoice 306994 for Greenberg Traurig...

*EXTERNAL TO GT*

## Please note our new Suite number - 1410!

Hello,

Thank you for using It's Your Serve. Attached is your Invoice.

Please note that we are now **It's Your Serve**. For all orders after August 20th, 2021, please use our updated information to access your information online and pay your invoice:

- Pay via check:
  - It's Your Serve
    134 N. LaSalle St. #1410
    Chicago, IL 60602

- **Pay online (ACH payment – direct to checking account):**
  - Access our It's Your Serve client portal at **www.itsyourserve.com/client-portal-1**
  - Select "Request New Account"
  - We will send you your login credentials within one business day!
  - Sign in using your login credentials, add your payment information, and pay your invoices directly.
  - **See here for more detailed instructions** to access the client portal.

Thank you and have a great day,
Sandy



Sandy Sterrett | Accounting Supervisor
**It's Your Serve**
134 N LaSalle St | Suite 1410
Chicago, Illinois 60602
Direct: 312-855-0303 ext. 106
www.itsyourserve.com

Please note that as of August 21, 2021, It's Your Serve will service all ATG LegalServe business. Please visit us at www.itsyourserve.com. The main phone number is 312-855-0303. Please email me at sandy@itsyourserve.com. Thank you.

The contents of this email message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and its attachments. Do not deliver, distribute, or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

# *LaSalle Process Servers L.P.*

**105 W. Madison St. Ste 1306**
**Chicago, Il. 60602**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/8/2022 | 63402 |

| BILL TO |
|---|
| Greenberg Traurig |
| 77 W. Wacker Dr. |
| Suite 2800 |
| Chicago, Illinois 60601 |
| Attn:Sambath Meas |

| CASE INFO |
|---|
| Edible IP, et al. |
| vs. |
| Green Thumb, et al. |
| 1 20 cv 5840 |

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 640.00 |
| Witness fees advanced | 52.72 |
| Subpoena | |
| Husain Abdullah x2 | |
| Calls at addresses given and found in Frisco & Richardson, TX | |
| | |
| CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION. | |
| ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT. | |
| ALL INVOICES MUST BE PAID IN FULL WITHIN 30 DAYS. IF ANY INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN PAID IN FULL. | |
| CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432 | |

| THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 15 DAYS. | **Total** | $692.72 |
|---|---|---|

**From:** maierse@gtlaw.com
**Sent:** Friday, May 13, 2022 12:37 PM
**To:** Capture.GTLaw@chromefile.com
**Subject:** 180818.034100
**Attachments:** greenberg3.pdf; greenberg4.pdf; greenberg5.pdf

**From:** LaSalle Process Servers <lps1306@aol.com>
**Sent:** Friday, May 13, 2022 1:42 PM
**To:** Horwitz, Barry (Shld-Chi-IP-Tech) <horwitzb@gtlaw.com>
**Subject:** all open invoices

**\*EXTERNAL TO GT\***

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

1

## LaSalle Process Servers L.P.

105 W. Madison St. Ste 1306
Chicago, Il. 60602
Phone: 312-263-0620
FEIN# 36-4247052

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/9/2022 | 63273 |

| BILL TO |
|---|
| Greenberg Traurig |
| 77 W. Wacker Dr. |
| Suite 2800 |
| Chicago, Illinois 60601 |
| Attn:Sambath Meas |

| CASE INFO |
|---|
| Edible IP, et al. |
| vs. |
| Green Thumb, et al. |
| 1 20 cv 5840 |

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 1,570.00 |
| Witness fees advanced | 57.00 |
| | |
| 6 Subpoenas | |
| 1. Brooks Pierce McLendon Humphrey & Leonard | |
| 2. Cowan, Liebowitz & Latman | |
| 3. McKool Smith PC | |
| 4. Kasheta Farms, Inc. | |
| 5. Williams Walsh & O'Connor | |
| 6. Bill Sluben | |
| Calls at addresses given in Marietta, GA, South Windsor & North Haven, CT, New York, NY & Greensboro, NC | |
| Same day rush | |
| | |
| CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION. ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT. ALL INVOICES MUST BE PAID IN FULL WITHIN 30 DAYS. IF ANY INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN PAID IN FULL. | |
| | |
| CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432 | |
| THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 15 DAYS. **Total** | $1,627.00 |

**From:** maierse@gtlaw.com
**Sent:** Friday, May 13, 2022 12:37 PM
**To:** Capture.GTLaw@chromefile.com
**Subject:** 180818.034100
**Attachments:** greenberg3.pdf; greenberg4.pdf; greenberg5.pdf

**From:** LaSalle Process Servers <lps1306@aol.com>
**Sent:** Friday, May 13, 2022 1:42 PM
**To:** Horwitz, Barry (Shld-Chi-IP-Tech) <horwitzb@gtlaw.com>
**Subject:** all open invoices

*EXTERNAL TO GT*

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.