# Exhibit 4

| Date | Tracking | Service | ZIP | Zone | Type | Charge | Disc | Net |
|---|---|---|---|---|---|---|---|---|
| 04/15 | 1ZE0W1260190932506 | Next Day Air Commercial Letter | 60604 | 106 | Letter | 48.34 | -34.76 | 13.58 |
| | | Fuel Surcharge | | | | 10.51 | -7.56 | 2.95 |
| | | Total | | | | 58.85 | -42.32 | 16.53 |
| | 1st ref: 180818.034100 | | | UserID: Mayorgak@gtlaw | | | | |
| | Sender : Karla Mayorga | | | Receiver: | | | | |
| | GREENBERG TRAURIG - DORAL | | | Patrick Mullen | | | | |
| | 8400 NW 36TH ST | | | 219 S. Dearborn Street | | | | |
| | MIAMI FL 33166 | | | CHICAGO IL 60604 | | | | |
| 06/15 | 1ZE0W1260199185352 | Next Day Air Commercial Letter | 60604 | 106 | Letter | 48.34 | -34.76 | 13.58 |
| | | Fuel Surcharge | | | | 11.00 | -7.91 | 3.09 |
| | | Total | | | | 59.34 | -42.67 | 16.67 |
| | 1st ref: 180818.034100 | | | UserID: A.Rajab@gtlaw | | | | |
| | Sender : Aliyah Rajab | | | Receiver: | | | | |
| | GREENBERG TRAURIG - DORAL | | | Patrick Mullen | | | | |
| | 8400 NW 36TH ST | | | 219 S. Dearborn Street | | | | |
| | MIAMI FL 33166 | | | CHICAGO IL 60604 | | | | |
| 07/18 | 1Z0049R10195739942 | Next Day Air Commercial Letter | 60601 | 104 | Letter | 44.26 | -31.82 | 12.44 |
| | | Fuel Surcharge | | | | 8.85 | -6.36 | 2.49 |
| | | Total | | | | 53.11 | -38.18 | 14.93 |
| | 1st ref: 180818.034100 | | | UserID: taylortah1 | | | | |
| | Sender : Tahjay Taylor | | | Receiver: Office Services/ Cam | | | | |
| | GREENBERG TRAURIG - ATLANTA | | | Greenberg Traurig, LLP | | | | |
| | Terminus 200 | | | 77 W WACKER DR | | | | |
| | Atlanta GA 30305 | | | CHICAGO IL 60601 | | | | |
| 10/04 | 1Z1AF1050190286369 | Next Day Air Residential Letter | 30324 | 104 | Letter | 44.26 | -31.82 | 12.44 |
| | | Customer Weight | | | 0.1 | | | |
| | | Residential Surcharge | | | | 5.35 | -2.68 | 2.67 |
| | | Fuel Surcharge | | | | 9.30 | -6.47 | 2.83 |
| | | Total | | | | 58.91 | -40.97 | 17.94 |
| | 1st ref: 180818.034100 | | | UserID: meass@gtlaw | | | | |
| | Sender : Sammi Meas | | | Receiver: Trecia Hoffler c/o R | | | | |
| | GREENBERG TRAURIG LLP | | | The CK Hoffler Firm | | | | |