IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDIBLE IP, LLC & EDIBLE ARRANGEMENTS LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>MC BRANDS, LLC & GREEN THUMB INDUSTRIES, INC.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 1:20-CV-5840 |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Jason J. Carter
Georgia Bar No. 141669
carter@bmelaw.com
Solesse L. Altman
Georgia Bar No. 442827
altman@bmelaw.com
E. Allen Page
Georgia Bar No. 640163
page@bmelaw.com
BONDURANT, MIXSON
& ELMORE, LLP
1201 W Peachtree Street NW
Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone

Scott Hessell
IL ARDC #6275119
shessell@sperling-law.com
Timothy Sperling
IL ARDC #6293854
tsperling@sperling-law.com
SPERLING & SLATER, P.C.
55 West Monroe, Floor 32
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492

*Attorneys for Edible IP, LLC & Edible Arrangements, LLC*

Pursuant to Local Rule 26.2, Edible requests that the Court seal the following exhibits and corresponding portions of Edible's Response to the Motion for Attorney Fees, filed contemporaneously herewith:

1. Deposition Excerpt of T. Farid dated July 11, 2022, attached as Exhibit A;
2. Deposition Expert of S. Silber dated June 10, 2022, attached as Exhibit C;
3. Deposition Excerpt of P. Bundonis dated May 11, 2022, attached as Exhibit D;
4. Edible's Letter, dated September 25, 2019, attached as Exhibit E;
5. GTI Letter dated October 21, 2019, attached as Exibit H.

The documents contain confidential information as contemplated by the protective order. As to items 1-3, the parties were unable to reach agreement about the applicability of the protective order to those items, and Edible therefore requests that the Court treat those as confidential. Item 4 is designated as "Highly Confidential" under the protective order. As to item 5, GTI has not requested confidential treatment, but Edible requests confidential treatment out of an abundance of caution given the nature of the communication.

These Exhibits, along with the unredacted version of the Response, are filed provisionally under seal. The remaining Exhibits, along with a redacted version of the brief are filed ordinarily.

*Signatures appear on the following page.*

Respectfully submitted this 5th day of May, 2023.

/s/ *Jason J. Carter*

| | |
|---|---|
| Jason J. Carter | Scott Hessell |
| Georgia Bar No. 141669 | IL ARDC #6275119 |
| carter@bmelaw.com | shessell@sperling-law.com |
| Solesse L. Altman | Timothy Sperling |
| Georgia Bar No. 442827 | IL ARDC #6293854 |
| altman@bmelaw.com | tsperling@sperling-law.com |
| E. Allen Page | SPERLING & SLATER, P.C. |
| Georgia Bar No. 640163 | 55 West Monroe, Floor 32 |
| page@bmelaw.com | Chicago, Illinois 60603 |
| BONDURANT, MIXSON | Tel: (312) 641-3200 |
| & ELMORE, LLP | Fax: (312) 641-6492 |
| 1201 W Peachtree Street NW | |
| Suite 3900 | |
| Atlanta, Georgia 30309 | |
| (404) 881-4100 – Telephone | |

*Attorneys for Edible IP, LLC & Edible Arrangements, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was electronically filed this day with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all parties of record.

            */s/ Jason J. Carter*
            Jason J. Carter