## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDIBLE IP, LLC & EDIBLE ARRANGEMENTS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MC BRANDS, LLC & GREEN THUMB INDUSTRIES, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:20-CV-5840 |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

**PLEASE TAKE NOTICE** that on Thursday, May 11, 2023, at 1:45 p.m. or as soon thereafter as counsel may be heard, before the Honorable Sara L. Ellis, or whomever shall be sitting in her stead, in Room 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, Plaintiffs Edible IP, LLC, and Edible Arrangements, LLC will then and there present the attached **Plaintiffs' Motion for Leave to File Under Seal**.

*Signatures appear on the following page.*

Respectfully submitted this 5th day of May, 2023,

| | |
|---|---|
| **/s/** *Jason J. Carter* | |
| Jason J. Carter | Scott Hessell |
| Georgia Bar No. 141669 | IL ARDC #6275119 |
| carter@bmelaw.com | shessell@sperling-law.com |
| Solesse L. Altman | Timothy Sperling |
| Georgia Bar No. 442827 | IL ARDC #6293854 |
| altman@bmelaw.com | tsperling@sperling-law.com |
| E. Allen Page | SPERLING & SLATER, P.C. |
| Georgia Bar No. 640163 | 55 West Monroe, Floor 32 |
| page@bmelaw.com | Chicago, Illinois 60603 |
| BONDURANT, MIXSON | Tel: (312) 641-3200 |
| & ELMORE, LLP | Fax: (312) 641-6492 |
| 1201 W Peachtree Street NW | |
| Suite 3900 | |
| Atlanta, Georgia 30309 | |
| (404) 881-4100 – Telephone | |

*Attorneys for Edible IP, LLC & Edible Arrangements, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed this day with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all parties of record.

*/s/ Jason J. Carter*
Jason J. Carter