IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC.,<br><br>    Defendants.<br><br>MC BRANDS, LLC; and GREEN THUMB INDUSTRIES INC,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,<br><br>    Counterclaim-Defendants. | Civil Action No. 4:20-cv-05840 |

**DEFENDANTS MC BRANDS, LLC'S AND GREEN THUMB INDUSTRIES INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants MC Brands, LLC and Green Thumb Industries Inc. (collectively, "GTI"), respectfully move this Court to file under seal certain limited portions of Defendants' Reply Brief in Support of its Motion for Attorney Fees.

Local Rule 26.2 provides that the Court may determine that a particular document or exhibits merits sealed status before any party may file such materials under seal. *See* L.R. 26.2. The Court restricts access to such documents only for "good cause shown." *Id.*

In support of its Motion for Leave to File Under Seal, GTI provides as follows:

    1.    GTI's Reply Brief in support of its Attorney Fees Motion cites to a sales document,

Exhibit 9, which contains Plaintiffs' confidential sales information and was produced by Plaintiff as Highly Confidential under the Protective Order.

2. GTI's Reply Brief in support of its Motion for Attorney Fees ("Attorney Fees Motion") references discussions that occurred at the parties' Court-ordered mediation with Magistrate Judge Weisman in August 2022. Because the substance of those mediation negotiations is confidential, references to those negotiations cannot be filed publicly with the Court.

Respectfully submitted,

Dated: May 19, 2023

GREENBERG TRAURIG LLP

/s/ *Cameron Nelson*
Cameron Nelson
Eric J. Maiers
Maja E. Sherman
Katherine M. Cronin
Mikhael Tomlinson
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-6590
nelsonc@gtlaw.com
maierse@gtlaw.com
shermanm@gtlaw.com
cronink@gtlaw.com
tomlinsonm@gtlaw.com
*Attorneys for MC Brands, LLC and Green Thumb Industries Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon all counsel of record via the CM/ECF System on this 19th day of May, 2023.

/s/ Cameron M. Nelson
*Counsel for Defendants*